# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | I Just Died In Your Arms a/k/a (I Just) Died In Your Arms |
| Line 3 | Writer(s) | Nicholas Eede a/k/a Nick Eede |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 1/22/87 |
| Line 6 | Registration No(s). | PA 318-562 |
| Line 7 | Date(s) of Infringement | 8/2/25 |
| Line 8 | Place of Infringement | Ottobar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Take On Me |
| Line 3 | Writer(s) | Magne Furuholmen a/k/a Mags Furuholmen; Pal Waaktaar; Morten Harket |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 9/9/85 |
| Line 6 | Registration No(s). | PA 274-789 |
| Line 7 | Date(s) of Infringement | 8/3/25 |
| Line 8 | Place of Infringement | Ottobar |

EXHIBIT 1

| Line 1 | Claim No. | 3 |
| --- | --- | --- |
| Line 2 | Musical Composition | Goodbye Earl |
| Line 3 | Writer(s) | Dennis Linde |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc.; All Clear Music LLC d/b/a Sheltered At Home Music |
| Line 5 | Date(s) of Registration | 10/8/99 |
| Line 6 | Registration No(s). | PA 969-189 |
| Line 7 | Date(s) of Infringement | 5/14/25 |
| Line 8 | Place of Infringement | Ottobar |

EXHIBIT 1