**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

BROADCAST MUSIC, INC., et al.,

        Plaintiffs,

    v.

DISORDER LLC d/b/a OTTOBAR and
TECLA TESNAU, individually,

        Defendants.

CIVIL ACTION NO.:
1:25-cv-03218-JRR

## DECLARATION OF JOHN FLYNN

I, John Flynn, am competent to testify and under penalties of perjury state as follows:

1.     I am a Vice President, Licensing, for Broadcast Music, Inc., hereinafter referred to as "BMI", and I maintain an office at 10 Music Square East, Nashville, Tennessee 37203. I have personal knowledge of the matters set forth herein and am fully familiar with the facts and circumstances in this matter as well as with BMI's general licensing procedures.

2.     As a matter of routine business practice, BMI sends to the proprietors of establishments where music is publicly performed license agreements and information explaining the need to obtain permission from copyright owners in order to lawfully publicly perform copyrighted music in their establishment. Copies of such correspondence are maintained at BMI's Licensing Office, under my supervision.

3.     Prior to October 2023, BMI learned that Ottobar, located at 2549 North Howard Street, Baltimore, Maryland 21218, was offering musical entertainment without a license from BMI granting permission to publicly perform the copyrighted music works in the BMI repertoire.

EXHIBIT B

Ottobar is operated by the Defendants. On October 5, 2023, BMI sent a letter to the establishment and advised that a license was required. An informational brochure and a BMI license agreement containing a license fee schedule were enclosed. The Defendants were advised that BMI represented hundreds of thousands of writers and publishers, and that BMI had the right to license several million musical compositions. The Defendants did not respond to that communication. Copies of this correspondence are produced in attached Exhibit C.

4.    BMI sent additional similar communications by letter and email to Defendants on October 12, 2023, October 18, 2023, October 27, 2023, November 4, 2023, November 7, 2023, November 17, 2023, November 29, 2023, December 1, 2023, December 7, 2023, and December 14, 2023. Defendants did not respond to any of BMI's emails or letters. Copies of these correspondences are produced in attached Exhibit C.

5.    On December 14, 2023, BMI sent the Defendants a letter via FedEx which instructed them to cease the public performance of BMI-licensed music. Copies of this correspondence are produced in attached Exhibit C. The letter was delivered on December 19, 2023. Please find FedEx proof of delivery attached hereto as Exhibit A.

6.    BMI sent additional letters and/or emails notifying the Defendants of their legal obligations to Defendants on January 11, 2024, and January 26, 2024. Copies of these correspondences are produced in attached Exhibit C.

7.    BMI also employs licensing personnel who work under the supervision of the Licensing Directors. They assist BMI's licensing efforts by making telephone calls and personal visits to potential licensees. They make a contemporaneous note of each telephone call and personal visit made. Copies of these records are maintained at BMI's offices, along with copies of the correspondence discussed above.

EXHIBIT B

8. BMI's records reflect that BMI licensing personnel telephoned Ottobar on nine (9) occasions.

9. Despite BMI's efforts, the Defendants failed to respond and did not enter into a licensing agreement with BMI but continued to offer unauthorized public performance of BMI-licensed music.

10. Accordingly, in order to protect the rights of the publishers and writers affiliated with BMI, Paula Porsche was authorized to visit Ottobar and make an audio recording and written report of the music being publicly performed on the evening of May 14, 2025. The Certified Infringement Report specifies one of three of the compositions (Goodbye Earl) which are alleged in Plaintiffs' Complaint to have been performed at Ottobar.

11. The audio recording of the May 14, 2025, visit was submitted to BMI and in turn to a BMI Performance Identification employee, John Davis, to review the recording and identify or verify any additional recorded musical works or additional live performances. Mr. Davis' review of the audio recordings confirmed the one composition identified by Ms. Porsche that is alleged in Plaintiffs' Complaint to have been performed at Ottobar.

12. Paula Porsche was authorized to visit Ottobar on a second occasion and make an audio recording and written report of the music being publicly performed on the evening of August 2, 2025, and the early morning of August 3, 2025. The Certified Infringement Report specifies two of the three compositions (I Just Died In Your Arms a/k/a (I Just) Died In Your Arms and Take On Me) which are alleged in Plaintiffs' Complaint to have been performed at Ottobar.

13. The audio recording of the evening of August 2, 2025, and the early morning of August 3, 2025 visit was submitted to BMI and in turn was submitted to a digital review through

EXHIBIT B

patented digital audio technology, licensed to BMI by Shazam Entertainment Limited, to identify any additional recorded musical works. This review of the audio recordings confirmed the performance of one of the three compositions (Take On Me) that is alleged in Plaintiffs' Complaint to have been performed. Copies of the Certified Infringement Report, Certifications related to the digital review and chain of custody, and the Performance Identification Declaration pertaining to the review are attached as Exhibit B. The Certifications and Declarations identify all of the compositions which are alleged in Plaintiffs' Complaint to have been performed at Ottobar.

14.    On June 16, 2025, BMI sent the Defendants a letter by FedEx and first-class mail advising of the investigation. Copies of this correspondence are produced in attached Exhibit C.

15.    Unless otherwise indicated, all correspondence which I have indicated that BMI sent to the defendants was sent by first-class mail and was properly addressed, stamped and deposited in a U.S. mail receptacle by persons in BMI's employ.

16.    Copies of the above correspondence are attached as Exhibit C.

17.    BMI has not issued a license to any person authorizing the performance at Ottobar of any of the works alleged to have been infringed. Upon information in BMI's possession to date, none of the owners of the copyrights of any of said works has issued such a license to any person.

18.    Upon information and belief, the Defendants are still publicly performing music licensed by BMI at Ottobar. As of the date of this Declaration, BMI has not received an executed license from the Defendants. Had the Defendants entered into an agreement at the time BMI first contacted them in October 2023, the estimated license fees between October 2023 and the present would have been approximately $19,920.00. The current annual license fee would be approximately $6,820.00.

4

EXHIBIT B

Pursuant 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Date: April 15, 2026

John Jack Flynn

5

EXHIBIT B



**Tracking ID:** 721240348856

 This is an older tracking ID. We're displaying all of the information we have.

| | |
|---|---|
| **Tracking ID** | 721240348856 |
| **Delivered** | Tuesday, 12/19/23, 2:37 PM |
| **Delivery Status** | Delivered |
| **From** | NASHVILLE, TN, US |
| **To** | BALTIMORE, MD, US |
| **Ship date** | Monday, 12/18/23 |
| **Service** | FedEx 2Day |
| **Special handling** | Deliver Weekday, Direct Signature Required |

⤓ **Obtain proof of delivery**

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

AFFIDAVIT EXHIBIT A

## MUSIC RESEARCHER EXPENSE REPORT

Date of Research : 05/14/2025
Establishment Name: Ottobar
2549 N Howard St

| Baltimore | MD | 21218-4506 |
|-----------|-----|-----------|
| City | St | Zip |

| | | |
|--------|----|----|
| $52.26 | 1. | Odometer Reading End            59,226 |
| | | Odometer Reading Start          59,148 |
| | | Total Mileage                   78 |
| $0.00 | 2. | Other Transportation( Tolls, Parking,Taxi,Rideshare) |
| $0.00 | 3. | Airfare                 Receipt Date    Time |
| $15.00 | 4. | Expenses in Establishment    05/14/2025    10:15 PM |
| $0.00 | 5. | Total Admission( $0.00 Admission/Person X 2 # of People ) |
| $0.00 | 6. | Meals |
| $0.00 | 7. | Lodging |
| $0.00 | 8. | Supplies (telephone, postage, etc.) |
| $67.26 | | **TOTAL EXPENSES** |

Beverages included in expenses in establishment.

**Researcher Name:** Paula Porsche
**Address:** 7150 12th St. NW
**City:** Washington    **State:** DC    **Zip:** 20012
**Telephone Number:** (703)283-4751

Signature: _____    Date: 5/20/2025

### *** FOR BMI USE ONLY ***

Checked for accuracy by: _____

Approved: _____ *Debra Hartman* _____

Date: _____ 05/27/2025 _____

Reference Number: 61003833          *Page* 1 of 1

AFFIDAVIT EXHIBIT B

Tavern
(410) 662-0069

5/14/2025                    22:15

## Sale

Trans #: 49 Batch #: 7

CREDIT CARD
  SA              CHIP RE
  try Type:  CONTACTL
  *********2650    **

AMOUNT:          USD $13

TIP AMT:        $2.00

TOTAL AMT: USD $15.00

Tip Suggestions

cent Tip            To
       $2.34        15
       $7.60        15
       $2.86        15

 p:      APPROVAL 092
 le:              092
 ref #:      513502838
 nsID: 465135081220

 Name:      VISA DE
         A0000000031
         0000000
                    C
      9EAA0B96319030AF
 AD:    06061203A0C

SIGNATURE REQUIRE

Thank You!

CUSTOMER COP

AFFIDAVIT EXHIBIT B

## CERTIFIED INFRINGEMENT REPORT

Log Date: Day of the Week: Wednesday        Month: May         Day: 14        Year: 2025
Name of Establishment   Ottobar
Address   2549 N Howard St
City      Baltimore                                    State   MD   Telephone Number   ()-

### ENTRY FEES

Admission/Cover - Amount   $0.00      Ticketed - Price   $0.00         ☐ Minimum Amount   ☒ None

☒ Dancing Permitted

### ESTABLISHMENT DETAIL

Posted Fire Occupancy      85
Estimated Occupancy
Estimated Size of Crowd    75

Neighboring Business #1:  Kay's Place 138 W 25th St, Baltimore, MD 21218

Neighboring Business #2:  KM Island Cuisine Restaurant 110 W 25th St Baltimore, MD 21218

Neighboring Business #3:  Exxon 2500 N Howard St. Baltimore, MD 21218

**Describe type of décor, distinctive decorations, fixtures, establishment themes, game machines, and unusual occurrences that evening (if any):**

The venue is a two-level music establishment with a grunge indie bar theme. The lower level consists of an enclosed room located behind a sliding door. The upper level, known as "Otto Upstairs," hosts trivia, open mic, and karaoke events primarily attended by college-aged patrons. The space is decorated with various styles of string lights hanging from the ceiling, a checkered floor, and numerous decal stickers and posters promoting past and upcoming events throughout the venue. A pool table is positioned in front of the karaoke area (audience-facing stage right). An Occupancy Permit indicating a maximum capacity of 85 persons is posted at the bar.

**Recorded Music: Source and Type of Equipment Used**

| | | | | |
|---|---|---|---|---|
| ☐ CDs | ☐ Tapes | ☒ Computer Source | ☐ Music Service: | Karaoke and DJ music via laptop |
| ☐ DVD | ☐ Radio | ☐ Video Source | ☐ Satellite Radio | ☐ Records   ☒ Digital Source |
| ☐ Other: | | | | |

☒ TV Monitors:         2 65 in.                    ☒ Large Screen TVs:         1 projector
              (Estimated # & Size)                                   (Estimated # & Size)
Source Verification Method:    I witnessed DJ booth with DJs and laptop.

**Speakers:**
☒ Ceiling - Estimated#:      1      ☒ Box - Estimated#:      4      ☐ Other

**Description of Equipment and/or Speaker**

DJ and laptop computer operation booth in far left/performer's left side corner of the venue room. Projector screen is in the front of the room, closer to center with karaoke lyrics projector display. Karaoke title slide between performers displays www.karaokenerds.com/penfold venmo @blacklodgekaraoke

Reference Number: 61003833                    *Page* 1 of 5

AFFIDAVIT EXHIBIT B

Name of Establishment: <u>Ottobar</u>
Log Date: <u>05/14/2025</u>

### JukeBox

| | |
|---|---|
| Name Vendor Co: _____ | ☐ Coin Operated   ☐ Free Play   ☐ Both |
| Brand: _____ | JLO Cert No: |
| Model: _____   Vendor Phone: _____ | Date Issued: _____ |
| Address: _____ | Expiration Date: |

### TYPE OF PERFORMANCE

| # of Performers | Name of Performer | Source | Description of all members: |
|---|---|---|---|
| 2 | Patrick; Unknown | Karaoke | White male, mostly balding with grey hair on sides. Wearing black, white, and grey plaid shirt and a dark grey graphic t-shirt on inside.<br><br>White female-presenting or non-binary. Tattoos of leaves on right upper arm, brown hair with shaved sides, wearing black sateen slip dress and black choker. |

Time Entered Premises:        09:46 PM            Time Left Premises:        12:10 AM

### SONG/SELECTIONS PERFORMED      Reference Number: 61003833

| Time | Announced | Instrumental or Vocal | Title | Artist | Source | Performer |
|---|---|---|---|---|---|---|
| 09:57 PM | No | Vocal | Halo | Beyonce | Karaoke | Patrick; Unknown |
| 10:02 PM | No | Vocal | Believe | Cher | Karaoke | Patrick; Unknown |
| 10:09 PM | No | Vocal | Oh La La | Rod Stewart | Karaoke | Patrick; Unknown |
| 10:15 PM | No | Vocal | Down In It | Nine Inch Nails | Karaoke | Patrick; Unknown |
| 10:20 PM | No | Vocal | Cast No Shadow | Oasis | Karaoke | Patrick; Unknown |
| 10:25 PM | No | Vocal | I'm Still Standing | Elton John | Karaoke | Patrick; Unknown |
| 10:29 PM | No | Vocal | She Used to Be Mine | Sara Bareilles | Karaoke | Patrick; Unknown |
| 10:34 PM | No | Vocal | Just Friends | Amy Winehouse | Karaoke | Patrick; Unknown |
| 10:38 PM | No | Vocal | Starburster | Fontaine D.C. | Karaoke | Patrick; Unknown |
| 10:43 PM | No | Vocal | Hanging By a Moment | Lifehouse | Karaoke | Patrick; Unknown |
| 10:46 PM | No | Vocal | Kiss Me, Son of God | They Might Be Giants | Karaoke | Patrick; Unknown |
| 10:49 PM | No | Vocal | Movin' Out (Anthony's Song) | Billy Joel | Karaoke | Patrick; Unknown |
| 10:53 PM | No | Vocal | No Hands | Waka Flocka Flame (feat. Roscoe Dash and Wale) | Karaoke | Patrick; Unknown |
| 10:58 PM | No | Vocal | Think About Me | Fleetwood Mac | Karaoke | Patrick; Unknown |

Reference Number: 61003833

*Page 2 of 5*

AFFIDAVIT EXHIBIT B

Name of Establishment: <u>Ottobar</u>
Log Date: <u>05/14/2025</u>

| Time | Announced | Instrumental or Vocal | Title | Artist | Source | Performer |
|------|-----------|----------------------|-------|--------|--------|-----------|
| 11:02 PM | No | Vocal | Poppin' My Collar | Three Six Mafie (feat. Project Pat) | Karaoke | Patrick; Unknown |
| 11:05 PM | No | Vocal | Alejandro | Lady Gaga | Karaoke | Patrick; Unknown |
| 11:10 PM | No | Vocal | My Way | Frank Sinatra | Karaoke | Patrick; Unknown |
| 11:15 PM | No | Vocal | Just a Gigolo/I Ain't Got Nobody | David Lee Roth | Karaoke | Patrick; Unknown |
| 11:21 PM | No | Vocal | Goodbye Earl | The Chicks | Karaoke | Patrick; Unknown |
| 11:26 PM | No | Vocal | Tearing Up My Heart | N'Sync | Karaoke | Patrick; Unknown |
| 11:31 PM | No | Vocal | I Want You to Want Me | Cheap Trick | Karaoke | Patrick; Unknown |
| 11:35 PM | No | Vocal | Burning Up | Jonas Brothers | Karaoke | Patrick; Unknown |
| 11:40 PM | No | Vocal | Night Moves | Carl Sagan | Karaoke | Patrick; Unknown |
| 11:45 PM | No | Vocal | Head Like a Hole | Nine Inch Nails | Karaoke | Patrick; Unknown |
| 11:50 PM | No | Vocal | Still Remains | Stone Temple Pilots | Karaoke | Patrick; Unknown |
| 11:54 PM | No | Vocal | Cool Cat | Queen | Karaoke | Patrick; Unknown |
| 11:57 PM | No | Vocal | This Must Be The Place (Naive Melody) | Talking Heads | Karaoke | Patrick; Unknown |
| 12:01 AM | No | Vocal | Take Me Home, Country Roads | John Denver | Karaoke | Patrick; Unknown |

Reference Number: 61003833                    *Page 3 of 5*

AFFIDAVIT EXHIBIT B

**Name of Establishment:** Ottobar
**Log Date:** 05/14/2025

## DIAGRAM OF THE ESTABLISHMENT (INSIDE) *
*\* indicate/include the location of the dance floor, stage, tables and chairs, bar, musical equipment, etc.*



## DIAGRAM OF THE ESTABLISHMENT (OUTSIDE)



Reference Number: 61003833                 *Page 4 of 5*

AFFIDAVIT EXHIBIT B

**Name of Establishment:** Ottobar
**Log Date:** 05/14/2025

I/We,____Paula Porsche____,_____ hereby certify,
based on my personal knowledge and under the penalty of perjury pursuant to
28 U.S.C. 1746, that the foregoing information in this report is true and
correct.

_____          5/20/2025
            Signature                          Date

_____          _____
            Signature                          Date

Reference Number: 61003833                    *Page 5 of 5*

AFFIDAVIT EXHIBIT B

## CERTIFICATION OF PAULA PORSCHE

1. I, **Paula Porsche**, was retained by Broadcast Music, Inc. (BMI) to visit an eating and drinking establishment known as **Ottobar**, **2549 N Howard St**, **Baltimore**, **MD** and make a written record of and a digital recording of the music that was played at the establishment.

2. On **05/14/2025** I visited **Ottobar** and using a battery-powered digital recorder, I made the digital recording onto a new and unused Secure Digital or "SD" Card (the Music File).

3. I subsequently sent the original SD Card containing the recording to BMI's General Licensing Department, 10 Music Square East, Nashville, Tennessee 37203 by overnight carrier on or about __6/20/2025__.

I certify that, based on my personal knowledge, and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing is true and correct.




Signature _____        __6/20/2025__
                                              Date

# CERTIFICATION OF <u>KERRI BROOKS</u>
## Broadcast Music, Inc.

1. I <u>Kerri Brooks</u> am <u>Manager, Distribution MPID</u> for Broadcast Music, Inc. ("BMI"). BMI licenses patented digital audio recognition technology from Shazam Entertainment Limited ("Shazam") to identify recorded music (the "Technology").

2. The Technology uses an established database of "fingerprints" of millions of sound recordings. This is accomplished by capturing a digital sample from an audio source and, using the patented algorithm, reducing the sound recording to a unique "fingerprint." The fingerprint, while not audible, is a unique numerical representation of a particular sound recording. BMI maintains a reference database of millions of individual fingerprints, and each such fingerprint has associated "metadata" denoting, among other things, the track title and recording artist for the fingerprinted recording.

3. In order to identify a particular performance of a recording, the performance in question is recorded; in the case of bars, restaurants, and other eating and drinking establishments, this is most often accomplished via a portable digital audio recorder device. The Technology then reduces each recorded performance to a fingerprint. The system then searches BMI's existing reference database of recordings for an identical fingerprint. Each fingerprint match generates an identification of title, artist and identification time.

4. BMI has set up a system for automated review and identification of music files uploaded by BMI to a Secure Web Service that permits only password-protected access to BMI authorized users.

5. When a music file is uploaded to its site via a secure file transfer protocol, BMI receives an automatic notification from the site that a new file has arrived. The technology automatically sweeps the uploaded file and the recognition system identifies the track recorded in the files and associates the correct metadata (information about the tracks), creating an electronic listing of the identifications in a data file.

6. On or about <u>05/28/2025</u>, BMI's Business Affairs Department received via overnight carrier a Secure Digital Card ("SD Card") containing a digital recording made at <u>Ottobar</u>, on <u>05/14/2025</u> ("Music File"). The Music File was downloaded onto a BMI computer and from there uploaded to a secure application for processing. BMI generated a report containing the track title and recording artist of the songs contained in the file.

7. The records, including the original Music File, are maintained in the ordinary course of BMI's business in the Licensing Department located in BMI's Nashville office.

I certify that, based on my personal knowledge, and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing is true and correct.

<u>*(signature)*</u>
Signature

<u>Kerri Brooks</u>
Printed Name

<u>Manager, Distribution MPID</u>
Title

<u>5/29/25</u>
Date



*CLBA6985*

AFFIDAVIT EXHIBIT B

## Identified Songs

| Title | Artist | ID Time |
|---|---|---|
| I MISS YOU | BLINK-182 | 2025-05-14-00.00.36 |
| BELIEVE | SOUND OF LEGEND | 2025-05-14-00.04.55 |
| CAST NO SHADOW | OASIS | 2025-05-14-00.17.20 |
| MOVIN OUT ANTHONY S SONG | BILLY JOEL | 2025-05-14-00.46.14 |
| THINK ABOUT ME | FLEETWOOD MAC | 2025-05-14-00.55.42 |
| THIS MUST BE THE PLACE NAIVE | TALKING HEADS | 2025-05-14-01.54.57 |

AFFIDAVIT EXHIBIT B

# DECLARATION OF JOHN DAVIS

STATE OF Tennessee )

                           ) s.s:

COUNTY OF Davidson )

I, JOHN DAVIS _____, being duly sworn, declare as follows:

1. I am employed by Broadcast Music, Inc. ("BMI"). I am more than 18 years of age and am not a party to this action. I submit this declaration based upon my own personal knowledge.

2. I was authorized by BMI to review the Certified Infringement Report of 0508252516319 _____, dated 05/14/2025 _____ regarding the establishment known as Ottobar _____ (the "Report").

3. I was also asked to review a recording made by Paula Porsche _____ in connection with and attached to this individual's Report (the "Recording") in order to identify the specific musical compositions contained on the Recording. Based upon my knowledge of the genre of music contained on the Recording, I listened to the Recording and was able to identify and/or confirm the musical compositions performed. My identification of these compositions is set forth on the attached copy of the Report which shows my notations to it.

4. I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing statements and the information contained on the attached Abstract are true and correct.

_____
Signature

6-10-25
_____
Date

*CLBA6996*

Page 1 of 2

## Identified Songs

| Title | Artist | ID Time |
|---|---|---|
| I Miss You | Blink 182 | 00:00:38 |
| Believe | Cher | 00:04:41 |
| Ooh La La | Faces | 00:09:02 |
| Down In It | Nine Inch Nails | 00:13:03 |
| Cast No Shadow | Oasis | 00:17:22 |
| I'm Still Standing | Elton John | 00:22:50 |
| Starburster | Fontaines D C | 00:35:35 |
| Hanging By A Moment | Lifehouse | 00:39:59 |
| Kiss Me Son Of God | They Might Be Giants | 00:43:51 |
| Movin Out Anthony's Song | Billy Joel | 00:46:16 |
| No Hands | Waka Flocka Flame | 00:50:40 |
| Think About Me | Fleetwood Mac | 00:55:43 |
| Poppin My Collar | Three Six Mafia | 00:58:45 |
| Alejandro | Lady Gaga | 01:02:44 |
| My Way | Frank Sinatra | 01:07:40 |
| Just A Gigolo I Ain't Got Nobody | Luis Prima | 01:12:44 |
| Goodbye Earl | Dixie Chicks | 01:18:48 |
| Tearin Up My Heart | NSYNC | 01:23:41 |
| I Want You To Want Me | Cheap Trick | 01:28:23 |
| Burnin Up | Jonas Brothers | 01:32:49 |
| Head Like A Hole | Nine Inch Nails | 01:42:00 |
| Still Remains | Stone Temple Pilots | 01:47:11 |
| Cool Cat | Tertia May | 01:51:03 |
| This Must Be The Place Naive Melody | Talking Heads | 01:54:58 |

AFFIDAVIT EXHIBIT B



Tecla Tesnau
Ottobar
2549 N Howard St
Baltimore, MD 21218-4506

October 05, 2023                                    Account Number: 61003833

This letter follows numerous communications with you regarding the need for a license which authorizes the public performance of BMI affiliated copyrighted music in your business. I have been informed by BMI's Licensing department that despite their efforts, your business remains unlicensed to perform the music from BMI's award-winning catalog.

Please be advised that the unauthorized performance of copyrighted music is a violation of United States Copyright Law and may expose your business, and the business owner, to liability for copyright infringement.

As we have stated, BMI would like to grant your business a license which provides the required permission to perform millions of BMI affiliated songs in your business to continue providing an engaging environment for your customers.

I have again attached a copy of the BMI music license for your review. If you would like to perform BMI affiliated copyrighted music in your business, it is important that you contact a BMI representative at (888) 689-5264 or email business@bmi.com today to secure the proper permission.

Sincerely,

Pamela Williams, Esq.
Vice President, Legal & Business Affairs

Shipped Via: First Class

bmi.com/licensing                                                      LEGAL1

AFFIDAVIT EXHIBIT C

## NOTICE REGARDING MARYLAND ACT CONCERNING
## COMMERCIAL LAW - CONTRACTS - COPYRIGHT ROYALTIES

Under an Act of the State of Maryland concerning commercial law-contracts-copyright royalties Broadcast Music, Inc. (BMI) is recognized as a performing rights organization that licenses the public performance of non-dramatic musical works on behalf of copyright owners pursuant to the United States Copyright Law.

As the proprietor of a business in the State of Maryland where music is publicly performed, you are required to obtain authorization from the copyright owners of that music in order for your performances to be legal. BMI represents more than 1.3 million songwriters, composers, and music publishers ("affiliates") and over 20.6 million musical works. For a single annual fee, a BMI Music Performance Agreement will authorize you to legally perform at your place of business all of the musical works in the BMI repertoire created and owned by our affiliates, and you will avoid the necessity of having to contact each one individually to obtain permission.

Maryland law requires BMI to provide you with the following information at least seventy-two (72) hours before you enter into any contract requiring you to pay royalties to us:

(a) A schedule of the rates and terms of royalties under the agreement;
(b) The amounts and terms of any discounts BMI offers proprietors in your area;

(c)     A schedule of rates and terms of royalties executed by proprietors of comparable businesses in your area: and

(d) Our toll-free telephone number where BMI will answer your inquiries regarding specific musical works and copyright owners represented by BMI.

Failure to provide you with this information is a violation of the Act and may render the contract unenforceable.

### THE BMI MUSIC PERFORMANCE AGREEMENT

- The BMI Music Performance Agreement is the contract that describes the rates and terms of royalties required to be paid by you to BMI for authorization to perform the music which we license.
- The schedule of rates can be found within the Music Performance Agreement under the heading License Fee Schedule.
- The Music Performance Agreement, including the schedule of rates and terms of royalties and any discounts specified, which BMI has offered you is the same agreement BMI offers to comparable businesses in your area, as well as throughout the United States, for your class and category of music use. Please read the Agreement carefully and call us at the toll-free number which appears on the enclosed letter if you have any questions.

### ACCESS TO AFFILIATE AND REPERTOIRE LIST

Our toll-free number to inquire about specific musical works or copyright owners represented by BMI, with up to 15 inquiries per call, is (800) 800-9313. In addition, using a PC and a modem, you can electronically access the most current list of the affiliates we represent and the works in our repertoire which are licensed under your Music Performance Agreement. You should log onto the Internet and access the Repertoire section of the bmi.com domain on the World Wide Web. Our URL address is http://www.bmi.com. Access to the Internet can be obtained through many commercial on-line services, as well as from specialized Internet access providers, often for the cost of a local telephone call. If you have questions about any song title or affiliate listing that you locate on our Internet domain, please call the above toll-free number for assistance.

BROADCAST MUSIC, INC.
Attn: Marketing/Fulfillment
10 Music Square East
Nashville, Tennessee 37203

MARYLAND
LL-17/03-31

AFFIDAVIT EXHIBIT C



# Music License for
# Eating & Drinking Establishments

Terms and Conditions of Agreement
(For Definitions, see Paragraph 10)

**1. BMI GRANT**
BMI grants you a non-exclusive license to publicly perform at the Licensed Premises all of the musical works of which BMI controls the rights to grant public performance licenses during the Term. This license does not include dramatic rights, the right to perform dramatico-musical works in whole or in substantial part or the right to use the musical works in any context which constitutes the exercise of "grand rights." This license also does not convey the right to publicly perform BMI musical works (a) by broadcast, telecast, cablecast or other electronic transmission (including by satellite, the Internet or on-line service) of the performances to persons outside the Licensed Premises; (b) by public performances requiring advance or hard ticket purchases pursuant to Paragraph 10(g); (c) by means of any coin-operated phonorecord player as defined in the Copyright Act ("Jukebox") where a Jukebox License Office agreement has been obtained for such Jukebox; (d) by any BMI-licensed background music service; and (e) by any coin-operated digital music service that does not qualify as a Jukebox. BMI may withdraw from the works licensed hereunder any musical work as to which any legal action has been instituted or claim made that BMI does not have the right to license public performances of that work.

**2. CHANGES TO YOUR MUSIC POLICY**
(a) Except as provided for herein, you may change your Music Policy upon which fees are assessed under this Agreement prospectively at any time during the Term on 30 days' prior notice to BMI, provided that your current policy has been in effect for at least 30 consecutive calendar days. You may change your fee no more than three times in any Contract Year. You may call your Customer Relations Executive at 1-800-925-8451 to notify BMI of a change in your Music Policy, and the change will be reflected in your next billing by BMI; however, doing so will not preserve your right to dispute BMI billings unless you send BMI timely notice of your policy change in writing. Billings adjusted by BMI hereunder will include a pro rata credit for any unearned license fees paid in advance under the changed policy. You also agree that you will notify BMI of any changes in the music use at the Licensed Premises that would make your representation of Music Policy under Paragraph 11(e) no longer accurate, and that any changes you make to your Music Policy hereunder shall constitute a true and accurate representation of your music usage from the date of the change onward. Any changes in Music Policy or Occupancy are subject to verification by any and all reasonable means which may include, but shall not be limited to, independent contacts by BMI representatives with your business establishment, use of public records, advertisements and third party observations.
(b) BMI may from time to time review your Music Policy (including any changes made to your policy) and make inquiries in person or by phone as to its accuracy. If BMI thereafter believes that you are not paying proper license fees because the use of music at the Licensed Premises should result in higher license fees under the criteria of this Agreement than is reflected in your current Music Policy, BMI will notify you by mail. If you agree to BMI's assessment of your Music Policy, the change will be reflected on your next billing. If you dispute BMI's assessment of your policy, you must notify BMI within 30 days of the notification by BMI. If within 90 days of such notification by BMI you do not respond or you and BMI cannot agree upon an appropriate fee, either party may commence an arbitration proceeding pursuant to Paragraph 7 to resolve the dispute over the amount of your license fees. Such right shall be in addition to any and all other remedies BMI may have under the Agreement, including the right to cancel this Agreement. You may not change your Music Policy under subparagraph (a) above if your fee is subject to dispute hereunder.
(c) In the event that you temporarily discontinue the use of all music (see Definitions) and you send written notice of this to BMI by certified mail within 30 days of the discontinuance, BMI will adjust your fees pro rata from the date of discontinuance. If such notice is received more than 30 days after the discontinuance, such discontinuance will be effective commencing on the first of the month following the date of BMI's receipt of the notice and BMI will adjust your fees prospectively for the remainder of the Contract Year in which BMI received the notice. In either event, your credit adjustment hereunder shall not reduce your Annual Fee due BMI below the Annual Minimum Fee applicable under the Agreement. In the event of such discontinuance, this license Agreement shall continue in effect, except that no minimum or other fee shall be payable during the period of discontinuance. You agree to notify BMI promptly when you resume the use of music at the Licensed Premises and your Music Policy in effect at the time of discontinuance will continue to be applicable until you notify BMI of a change. BMI reserves its right under subparagraph (b) hereof to review your Music Policy and take appropriate steps in the event that BMI believes that you have resumed the use of music under this Agreement.

**3. LATE PAYMENT AND SERVICE CHARGES**
BMI shall impose a late payment charge of one and one-half percent (1½%) per month or the maximum rate permitted by law, whichever is less, from the date any payment is due on any payment that is received by BMI more than thirty (30) days after the due date. BMI shall impose a $25.00 service charge for each unpaid check, draft or other means of payment you submit to BMI.

AFFIDAVIT EXHIBIT C

## 4. BMI COMMITMENT TO CUSTOMER/INDEMNITY

So long as you are not in default or arrears in payment under this Agreement, BMI agrees to indemnify, save harmless and defend you, your officers and employees, from and against any and all claims, demands or suits alleging copyright infringement that may be made or brought against them or any of them with respect to the public performance of any musical works which are licensed by BMI under this Agreement at the time of public performance. You agree to give BMI immediate notice of any such claim, demand or suit, to deliver to BMI any papers pertaining hereto, and to cooperate with BMI with respect thereto, and BMI shall have full charge of the defense of any such claim, demand or suit.

## 5. SALE OF LICENSED PREMISES OR CLOSING OF BUSINESS

In the event that you sell the Licensed Premises or close the business during the Term of this Agreement and you send BMI written notice by certified mail or via the BMI.com licensing website within 30 days of the sale or closing, BMI will adjust your fees *pro rata* from the date of sale or closing, and will refund to you any unearned licensed fees paid hereunder. Your credit adjustment hereunder shall not reduce your Annual Fee due BMI below the Annual Minimum Fee applicable under the Agreement.

## 6. BREACH OR DEFAULT/WAIVER

Upon any breach or default of the terms and conditions of this Agreement, BMI has the right to cancel this Agreement. The right to cancel is in addition to any and all other remedies which BMI may have.

## 7. ARBITRATION

All disputes of any kind, nature or description arising in connection with the terms and conditions of this Agreement, except for matters within the jurisdiction of the BMI Rate Court, shall be submitted to the American Arbitration Association in the City, County and State of New York, for arbitration under its then prevailing arbitration rules. The arbitrator(s) shall be selected as follows: Each of the parties shall, by written notice to the other, have the right to appoint one arbitrator. If, within ten (10) days following the giving of such notice by one party the other shall not, by written notice, appoint another arbitrator, the first arbitrator shall be the sole arbitrator. If two arbitrators are so appointed, they shall appoint a third arbitrator. If ten (10) days elapse after the appointment of the second arbitrator and the two arbitrators are unable to agree upon a third arbitrator, then either party may, in writing, request the American Arbitration Association to appoint the third arbitrator. The award made in the arbitration shall be binding and conclusive on the parties and judgment may be, but need not be, entered in any court having jurisdiction. Such award shall include the fixing of the costs, expenses and attorneys' fees of arbitration, which shall be borne by the unsuccessful party.

## 8. NOTICES

Unless otherwise stated herein, any notice under this Agreement will be in writing and deemed given upon mailing when sent by ordinary first-class U.S. mail to the party intended, at its mailing address as stated, or any other address which either party may designate. Any such notice sent to BMI shall be to the attention of the Vice President, Licensing, BMI, 10 Music Square East, Nashville, Tennessee, 37203. Any such notice sent to you shall be to the attention of the person signing this Agreement on your behalf or such other person as you may advise BMI in writing.

## 9. MISCELLANEOUS

This Agreement is the entire understanding between the parties, will not be binding until signed by both parties, and cannot be waived or added to or modified orally, and no waiver, addition or modification will be valid unless in writing and signed by the parties. This Agreement is executed by the duly authorized representative of BMI and you. Your rights are not assignable. This Agreement, its validity, construction and effect, will be governed by the laws of the State of New York other than its choice of law provisions. The fact that any provisions are found by a court of competent jurisdiction to be void or unenforceable will not affect the validity or enforceability of any other provisions. All headings in this Agreement are for the purpose of convenience and shall not be considered to be part of this Agreement.

## 10. DEFINITIONS

(a) **Licensed Premises**: The eating or drinking establishment listed on Page 4 or on an attached exhibit.

(b) **Music Policy**: Any single or combined use of the items defined in 10(c) - (j) and including Jukebox Fee (Box 9) by you at the Licensed Premises during a Contract Year.

*Refer to Boxes 1-7 in the Fee Calculation on Page 3.*

(c) **Live Music-Multiple Singers/Instrumentalists**: Music performed by more than one musician, singer or other entertainer actually present and performing at the Licensed Premises. **(Box 1)**

(d) **Live Music-Single Singer/Instrumentalist**: Music performed by one musician, singer or other entertainer actually present and performing at the Licensed Premises. **(Box 1)**

(e) **Recorded Music**: The performance of background music, foreground music, or as part of audio-visual presentations, by mechanical or electronic means, including, but not limited to, digital music players (e.g. iPods, MP3 players, etc.), CDs, DVDs, records, and tapes. **(Box 2)**

(f) **Enhanced Recorded Music**: Use of video tapes, DVDs and other projected visual images as an accompaniment/enhancement to recorded music performances (Karaoke). Enhanced Recorded Music does not include performances delivered by commercial broadcast, cablecast or satellite delivered television programming. **(Box 2)**

(g) **Admission Charge/Cover Charge**: Payment including, but not limited to, minimum required purchases to enter or remain in certain parts of the Licensed Premises, excluding advance or hard ticket purchases sold through an

AFFIDAVIT EXHIBIT C

outside independent ticket service and which are paid for pursuant to a valid separate BMI Music Performance Agreement. **(Box 3)**

(h) **Dancing**: Allowing patrons, performers or employees to dance, at any time, to live or recorded music anywhere on the Licensed Premises, whether or not a dance floor, dance stage or an area purposely used for dancing is provided. **(Box 4)**

(i) **Television and/or Radio Only (*unless exempt from the U.S. Copyright Law*)**: Televisions and/or radios that are utilized solely for the reception of commercial broadcast, cablecast or satellite programming and only when no Recorded Music or Enhanced Recorded Music as defined in 10(e) and 10(f) is performed and paid for under this Agreement. **(Box 5)**

(j) **Occupancy**: The total of maximum allowable occupancy loads/capacities for the entire premises of the Licensed Premises calculated under adopted building/fire codes, which shall not be limited to the number of available seats. If no such regulations are in effect in the applicable jurisdiction, then maximum occupancy shall mean one (1) person for every twenty (20) square feet of such total premises. Further, Occupancy is a component of the LICENSEE's Music Policy, which is subject to adjustment per the Agreement. **(Box 7)**

(k) **Seasonal/Occasional Use**: The total aggregate use of music described herein at 10(c) - (j) in an establishment open less than twelve (12) months in any one year, or total aggregate music use as described herein, which occurs four (4) times or less in any one year will require that you contact BMI for their Seasonal/Occasional Use Fee Calculation license.

(l) **Chain Operation**: Seven (7) or more licensable locations, that are commonly owned and operated by you, and that books, records and accounts for each are centrally maintained by you, will require that you contact BMI for its Chain Restaurant License.

(m) **Jukebox**: A coin-operated phonerecord playing device which is licensable by the JLO (Jukebox License Office) pursuant to a Jukebox Licensing Agreement.

## 11. FEES

(a) You agree to pay to BMI an Annual Fee as determined by your Music Policy.

(i) The Annual Fee payment for the initial Contract Year is due in full upon signing of this Agreement. The Annual Fee payment for subsequent Contract Years shall be due no later than 30 days after the anniversary date of this Agreement.

(ii) BMI shall discount the Annual Fee by 10% in any Contract Year if (A) you pay the Annual Fee in full and in a timely manner for such Contract Year in accordance with subparagraph (i) above; and (B) you do not otherwise owe BMI any fees under this or any prior BMI agreement.

(iii) Upon request, BMI will allow you to pay the Annual Fee on a semi-annual or quarterly basis, provided that your account is current. Semi-annual and quarterly payments are due no later than 30 days following each semi-annual or quarterly period. The discount provided for in subparagraph (ii) shall not be available if the Annual Fee is paid on a semi-annual or quarterly basis.

(iv) Notwithstanding subparagraph (iii), if any semi-annual or quarterly payment is not received by the 90th day after such payment is due, your ability to make semi-annual or quarterly payments shall immediately terminate for the remainder of this Agreement. In addition, the unpaid portion of the Annual Fee will be immediately due and payable.

(b) Your fee is adjusted each year by an adjustment to the Rate Per Year Per Occupant as defined in the Fee Calculation chart. The Rate Per Year Per Occupant adjustment for each Contract Year after 2024 shall be an adjustment of the 2024 rate based upon the percentage increase or decrease in the United States Consumer Price Index (Urban, All Items) between October 2023 and October of the year prior to that Contract Year, rounded to the nearest five cents. BMI will advise you in writing of this adjustment as part of its annual billing process.

(c) In no event shall the Annual Fee (per Box 8 of the Fee Calculation chart) due for any Contract Year be less than the Annual Minimum Fee (not including a Jukebox Fee, if any). The Annual Minimum Fee shall be $458.00 for 2023 (not including a Jukebox Fee, if any). Thereafter, the Annual Minimum Fee shall be adjusted at the same rate as the Rate Per Year Per Occupant pursuant to subsection (b) of this Paragraph, with the exception that all increases shall be rounded to the nearest dollar.

(d) The Jukebox Fee shall also be adjusted at the same rate as the Rate Per Year Per Occupant pursuant to subsection (b) of this Paragraph, with the exception that all increases shall be rounded to the nearest dollar.

(e) **You agree that the Music Policy set forth herein is, and will continue to be, a true and accurate representation of your music use at the Licensed Premises, unless changed as provided in Changes to Your Music Policy section of this Agreement (Paragraph 2).**

## 12. OKLAHOMA RATE CHANGE NOTICE
BMI shall notify LICENSEE of any rate change thirty (30) days prior to the expiration date of the Agreement.

## 13. COLORADO 3 BUSINESS DAY REVIEW
LICENSEE shall have the right to rescind the Agreement for a period of three (3) business days after the execution of the Agreement.

## 14. CUSTOMER OUTREACH
LICENSEE agrees to accept from time to time pre-recorded telephone messages from BMI that may contain important information regarding your account.

AFFIDAVIT EXHIBIT C

## MUSIC POLICY / FEE CALCULATION

*For all the ways music is used in your establishment, enter the corresponding amount under Rate Per Year Per Occupant on the appropriate line(s) to the right.*

| Music Type | Frequency Per Week | Rate Per Year Per Occupant | Enter Fee Calculation |
|---|---|---|---|
| **1. Live Music*** | | | |
| • Multiple Singers/Instrumentalist | 5-7 nights | $7.45 | |
| **How many nights per week?** _____7_____ | 2-4 nights | $6.25 | |
| *(1 night = no more than 5 times in any one month)* | 1 night or less | $5.60 | |
| • Single Singer/Instrumentalist | 5-7 nights | $5.45 | |
| **How many nights per week?** _____7_____ | 2-4 nights | $4.45 | |
| *(1 night = no more than 5 times in any one month)* | 1 night or less | $4.10 | |
| | Enter ONLY the highest amount that applies here.......➔ | | $7.45 |
| **2. Enhanced Recorded Music*** | | | |
| **Type of Enhanced Music?** _____ | | | |
| (Karaoke, DVDs, Video Tapes, VJs) | 5-7 nights | $4.30 | |
| *(1 night = no more than 5 times in any one month)* | 2-4 nights | $4.10 | |
| **How many nights per week?** _____0_____ | 1 night or less | $3.95 | |
| **Recorded Music*** | | | |
| **Type of Recorded Music?** _____ | | | |
| (CDs/Tapes/Records, Free-Play Jukebox, DJ, IPOD/MP3/Other Digital Music) | | $3.70 | |
| | Enter ONLY the highest amount that applies here.......➔ | | $0.00 |
| **3. Admission or Cover Charge** *(at **any** time)* | | $2.35 | $0.00 |
| **4. Dancing to Live or Recorded Music** *(at **any** time)* | | $2.35 | $2.35 |
| **5. Television and/or Radio** *(skip this Section if you have entered a fee in Section 2)* | | $1.60 | $0.00 |
| **6.** | **TOTAL RATE PER YEAR PER OCCUPANT** *(Sum of Boxes 1-5)........*➔ | | $9.80 |

**7. Occupancy**

Total Premise Occupancy _____200_____ *(If greater than 1,000 occupants, enter 1,000)*

**OR**

**If Occupancy cannot be established by local building/fire codes, use formula below:**

Total Square Footage of Entire Premises _____0_____ ÷ 20 = _____0_____ Occupancy

| | **200** |
|---|---|
| | *(Enter Occupancy)* |

| **8.** | **Subtotal – *(Multiply Line 6 by Line 7)*** If $458.00 or Less, Enter Annual Minimum Fee of $458.00 | $1,960.00 |
|---|---|---|

**9. Jukebox Fee - Refer to Paragraph 10 (c-m) on Page 2**

*If your jukebox is licensable by the JLO (Jukebox License Office) but is not already licensed under a JLO license, enter the fee here. If the jukebox is already licensed under the JLO license, please enter Vendor name, address, and phone no. below.*

Jukebox Fee = $458.00

| | $0.00 |
|---|---|
| | *(Enter Jukebox Fee)* |

Name/Company: _____  JLO Certification #: _____

Address: _____  Phone Number: _____

City: _____  State: _____  Zip: _____

| **GROSS ANNUAL FEE ALL USES (*Add Lines 8 and 9*)** If More Than $13,634.00 , Enter Maximum Fee of $13,634.00 ........➔ | $1,960.00 |
|---|---|
| **APPLICABLE DISCOUNT(S)........**➔ | $0.00 |
| ***ANNUAL FEE........**➔ | $1,960.00 |

***Eligible for 10% Timely Pay Discount if paying in FULL. If you wish to pay by Credit Card, Call Your BMI Representative at 1-888-689-5264.**

AFFIDAVIT EXHIBIT C

## 15. TERM OF AGREEMENT

The initial Term of this annual Agreement shall begin on the first day of (*month/year*) _____October, 2023_____ and end on the last day of (*month/year*) _____September, 2024_____, and this Agreement shall continue for additional periods of one (1) year each, unless canceled by either party at the end of any period, upon 30 days advance written notice sent by certified mail, return receipt requested.  Each one (1) year period, including the initial Term, is a "Contract Year."

### AGREEMENT

This Agreement, made at New York, N.Y. on *(Date will be entered by BMI upon execution)* _____ between BROADCAST MUSIC, INC. (herein "BMI"), a Delaware corporation with principal offices at 7 World Trade Center, 250 Greenwich Street, New York, N.Y. 10007-0030, and the entity described below and referred to herein as "LICENSEE" or "you".

| LEGAL NAME | LICENSED PREMISES |
|---|---|
| Disorder, LLC | 2549 N Howard St |
| *(Name of Individual, Corporation, LLC, LLP, Partnership, or Government Entity, etc.)* | *(Street Address)* |
| **TRADE NAME** | Baltimore    MD    21218-4506 |
| | *(City)    (State)    (Zip)* |
| Ottobar | (410) 662-0069 |
| *(Doing business under the name of)* | *(Phone)    (Phone 2)* |
| | Tecla Tesnau    Owner |
| | *(Contact Name)    (Title)* |
| **PLEASE COMPLETE LEGAL INFORMATION BELOW** | management@theottobar.cor  http://www.theottobar.com/ |
| | *(Email Address)    (Web Address)* |
| Legal Structure LLC | |
| *(Individual, Corporation, LLC, LLP, Partnership, Government Entity or Other)* | |
| State of Incorporation MD   Federal Tax ID No. 84-1968648 | **MAILING ADDRESS** |
| Partners' Names *(If Partnership)* | **(If different from Licensed Premises)** |
| 1. _____ | |
| 2. _____ | 2549 N Howard St |
| | *(Street Address)* |
| 3. _____ | Baltimore    MD    21218-4506 |
| **IF LEGAL STRUCTURE IS A GOVERNMENT ENTITY, PLEASE INDICATE BELOW** | *(City)    (State)    (Zip)* |
| | Tecla Tesnau    Owner |
| | *(Contact Name)    (Title)* |
| Local, State, or Federal _____ | |
| | *(Contact Phone)    (Contact Phone 2)* |
| Municipality Name _____ | management@theottobar.com |
| *(City/State)* | *(Email Address – If different from above)* |

*Some state or national trade associations have discount agreements with BMI.*
*Contact your association to see if you qualify for one association discount only.*

| TO BE COMPLETED BY LICENSEE | FOR ADMINISTRATIVE USE ONLY TO BE COMPLETED BY BMI BROADCAST MUSIC INC. |
|---|---|
| By signing this Agreement, you represent that you have the authority to bind LICENSEE and that you have read, understood and agree to all of the terms and conditions herein. | |
| Signature | |
| Print Name                Title | |
| Signatory Email Address | |
| *(If different from above)* | |

| | FOR BMI USE ONLY | EDE1 | LI-2023/MAR |
|---|---|---|---|
| **Please Sign & Return this Entire License Agreement & Payment to: BMI, Licensing Dept 10 Music Square E., Nashville, TN 37203 Or online at www.bmi.com/licensing** | 61003833 | | |
| | **Customer Number** | | |

AFFIDAVIT EXHIBIT C


Broadcast Music, Inc.
Licensing Department
10 Music Square East
Nashville, TN 37203-4399

Tecla Tesnau
Ottobar
2549 N Howard St
Baltimore, MD 21218-4506

November 04, 2023                                   Account Number: 61003833

This letter follows previous communications with you regarding the use of BMI affiliated copyrighted music in your business. Despite BMI's best efforts to educate you regarding the legal requirements of publicly performing copyrighted music, as outlined in United States Copyright Law, your business still lacks permission to perform BMI affiliated music.

Please be advised that the unauthorized public performance of copyrighted music may expose your business, and the business owner, to liability for copyright infringement. BMI would like to work with your business to ensure that you can legally perform the music that you and your customers enjoy.

I have again attached a copy of the BMI music license for your review. If you would like to perform BMI affiliated copyrighted music in your business, it is important that you contact a BMI representative at (888) 689-5264 or email business@bmi.com today to secure the proper permission.

Sincerely,

Pamela Williams, Esq.
Vice President, Legal & Business Affairs

Shipped Via: First Class

AFFIDAVIT EXHIBIT C

## NOTICE REGARDING MARYLAND ACT CONCERNING
## COMMERCIAL LAW - CONTRACTS - COPYRIGHT ROYALTIES

Under an Act of the State of Maryland concerning commercial law-contracts-copyright royalties Broadcast Music, Inc. (BMI) is recognized as a performing rights organization that licenses the public performance of non-dramatic musical works on behalf of copyright owners pursuant to the United States Copyright Law.

As the proprietor of a business in the State of Maryland where music is publicly performed, you are required to obtain authorization from the copyright owners of that music in order for your performances to be legal.  BMI represents more than 1.3 million songwriters, composers, and music publishers ("affiliates") and over 20.6 million musical works.  For a single annual fee, a BMI Music Performance Agreement will authorize you to legally perform at your place of business all of the musical works in the BMI repertoire created and owned by our affiliates, and you will avoid the necessity of having to contact each one individually to obtain permission.

Maryland law requires BMI to provide you with the following information at least seventy-two (72) hours before you enter into any contract requiring you to pay royalties to us:

(a) A schedule of the rates and terms of royalties under the agreement;

(b) The amounts and terms of any discounts BMI offers proprietors in your area;

(c) A schedule of rates and terms of royalties executed by proprietors of comparable businesses in your area: and

(d) Our toll-free telephone number where BMI will answer your inquiries regarding specific musical works and copyright owners represented by BMI.

Failure to provide you with this information is a violation of the Act and may render the contract unenforceable.

### THE BMI MUSIC PERFORMANCE AGREEMENT

- The BMI Music Performance Agreement is the contract that describes the rates and terms of royalties required to be paid by you to BMI for authorization to perform the music which we license.
- The schedule of rates can be found within the Music Performance Agreement under the heading License Fee Schedule.
- The Music Performance Agreement, including the schedule of rates and terms of royalties and any discounts specified, which BMI has offered you is the same agreement BMI offers to comparable businesses in your area, as well as throughout the United States, for your class and category of music use.  Please read the Agreement carefully and call us at the toll-free number which appears on the enclosed letter if you have any questions.

### ACCESS TO AFFILIATE AND REPERTOIRE LIST

Our toll-free number to inquire about specific musical works or copyright owners represented by BMI, with up to 15 inquiries per call, is (800) 800-9313.  In addition, using a PC and a modem, you can electronically access the most current list of the affiliates we represent and the works in our repertoire which are licensed under your Music Performance Agreement.  You should log onto the Internet and access the Repertoire section of the bmi.com domain on the World Wide Web.  Our URL address is http://www.bmi.com.  Access to the Internet can be obtained through many commercial on-line services, as well as from specialized Internet access providers, often for the cost of a local telephone call.  If you have questions about any song title or affiliate listing that you locate on our Internet domain, please call the above toll-free number for assistance.

BROADCAST MUSIC, INC.
Attn: Marketing/Fulfillment
10 Music Square East
Nashville, Tennessee 37203

MARYLAND
LL-17/03-31

AFFIDAVIT EXHIBIT C



# Music License for
# Eating & Drinking Establishments

Terms and Conditions of Agreement
(For Definitions, see Paragraph 10)

## 1. BMI GRANT

BMI grants you a non-exclusive license to publicly perform at the Licensed Premises all of the musical works of which BMI controls the rights to grant public performance licenses during the Term. This license does not include dramatic rights, the right to perform dramatico-musical works in whole or in substantial part or the right to use the musical works in any context which constitutes the exercise of "grand rights." This license also does not convey the right to publicly perform BMI musical works (a) by broadcast, telecast, cablecast or other electronic transmission (including by satellite, the Internet or on-line service) of the performances to persons outside the Licensed Premises; (b) by public performances requiring advance or hard ticket purchases pursuant to Paragraph 10(g); (c) by means of any coin-operated phonorecord player as defined in the Copyright Act ("Jukebox") where a Jukebox License Office agreement has been obtained for such Jukebox; (d) by any BMI-licensed background music service; and (e) by any coin-operated digital music service that does not qualify as a Jukebox. BMI may withdraw from the works licensed hereunder any musical work as to which any legal action has been instituted or claim made that BMI does not have the right to license public performances of that work.

## 2. CHANGES TO YOUR MUSIC POLICY

(a) Except as provided for herein, you may change your Music Policy upon which fees are assessed under this Agreement prospectively at any time during the Term on 30 days' prior notice to BMI, provided that your current policy has been in effect for at least 30 consecutive calendar days. You may change your fee no more than three times in any Contract Year. You may call your Customer Relations Executive at 1-800-925-8451 to notify BMI of a change in your Music Policy, and the change will be reflected in your next billing by BMI; however, doing so will not preserve your right to dispute BMI billings unless you send BMI timely notice of your policy change in writing. Billings adjusted by BMI hereunder will include a pro rata credit for any unearned license fees paid in advance under the changed policy. You also agree that you will notify BMI of any changes in the music use at the Licensed Premises that would make your representation of Music Policy under Paragraph 11(e) no longer accurate, and that any changes you make to your Music Policy hereunder shall constitute a true and accurate representation of your music usage from the date of the change onward. Any changes in Music Policy or Occupancy are subject to verification by any and all reasonable means which may include, but shall not be limited to, independent contacts by BMI representatives with your business establishment, use of public records, advertisements and third party observations.

(b) BMI may from time to time review your Music Policy (including any changes made to your policy) and make inquiries in person or by phone as to its accuracy. If BMI thereafter believes that you are not paying proper license fees because the use of music at the Licensed Premises should result in higher license fees under the criteria of this Agreement than is reflected in your current Music Policy, BMI will notify you by mail. If you agree to BMI's assessment of your Music Policy, the change will be reflected on your next billing. If you dispute BMI's assessment of your policy, you must notify BMI within 30 days of the notification by BMI. If within 90 days of such notification by BMI you do not respond or you and BMI cannot agree upon an appropriate fee, either party may commence an arbitration proceeding pursuant to Paragraph 7 to resolve the dispute over the amount of your license fees. Such right shall be in addition to any and all other remedies BMI may have under the Agreement, including the right to cancel this Agreement. You may not change your Music Policy under subparagraph (a) above if your fee is subject to dispute hereunder.

(c) In the event that you temporarily discontinue the use of all music (see Definitions) and you send written notice of this to BMI by certified mail within 30 days of the discontinuance, BMI will adjust your fees pro rata from the date of discontinuance. If such notice is received more than 30 days after the discontinuance, such discontinuance will be effective commencing on the first of the month following the date of BMI's receipt of the notice and BMI will adjust your fees prospectively for the remainder of the Contract Year in which BMI received the notice. In either event, your credit adjustment hereunder shall not reduce your Annual Fee due BMI below the Annual Minimum Fee applicable under the Agreement. In the event of such discontinuance, this license Agreement shall continue in effect, except that no minimum or other fee shall be payable during the period of discontinuance. You agree to notify BMI promptly when you resume the use of music at the Licensed Premises and your Music Policy in effect at the time of discontinuance will continue to be applicable until you notify BMI of a change. BMI reserves its right under subparagraph (b) hereof to review your Music Policy and take appropriate steps in the event that BMI believes that you have resumed the use of music under this Agreement.

## 3. LATE PAYMENT AND SERVICE CHARGES

BMI shall impose a late payment charge of one and one-half percent (1½%) per month or the maximum rate permitted by law, whichever is less, from the date any payment is due on any payment that is received by BMI more than thirty (30) days after the due date. BMI shall impose a $25.00 service charge for each unpaid check, draft or other means of payment you submit to BMI.

AFFIDAVIT EXHIBIT C

**4. BMI COMMITMENT TO CUSTOMER/INDEMNITY**

So long as you are not in default or arrears in payment under this Agreement, BMI agrees to indemnify, save harmless and defend you, your officers and employees, from and against any and all claims, demands or suits alleging copyright infringement that may be made or brought against them or any of them with respect to the public performance of any musical works which are licensed by BMI under this Agreement at the time of public performance. You agree to give BMI immediate notice of any such claim, demand or suit, to deliver to BMI any papers pertaining hereto, and to cooperate with BMI with respect thereto, and BMI shall have full charge of the defense of any such claim, demand or suit.

**5. SALE OF LICENSED PREMISES OR CLOSING OF BUSINESS**

In the event that you sell the Licensed Premises or close the business during the Term of this Agreement and you send BMI written notice by certified mail or via the BMI.com licensing website within 30 days of the sale or closing, BMI will adjust your fees *pro rata* from the date of sale or closing, and will refund to you any unearned licensed fees paid hereunder. Your credit adjustment hereunder shall not reduce your Annual Fee due BMI below the Annual Minimum Fee applicable under the Agreement.

**6. BREACH OR DEFAULT/WAIVER**

Upon any breach or default of the terms and conditions of this Agreement, BMI has the right to cancel this Agreement. The right to cancel is in addition to any and all other remedies which BMI may have.

**7. ARBITRATION**

All disputes of any kind, nature or description arising in connection with the terms and conditions of this Agreement, except for matters within the jurisdiction of the BMI Rate Court, shall be submitted to the American Arbitration Association in the City, County and State of New York, for arbitration under its then prevailing arbitration rules. The arbitrator(s) shall be selected as follows: Each of the parties shall, by written notice to the other, have the right to appoint one arbitrator. If, within ten (10) days following the giving of such notice by one party the other shall not, by written notice, appoint another arbitrator, the first arbitrator shall be the sole arbitrator. If two arbitrators are so appointed, they shall appoint a third arbitrator. If ten (10) days elapse after the appointment of the second arbitrator and the two arbitrators are unable to agree upon a third arbitrator, then either party may, in writing, request the American Arbitration Association to appoint the third arbitrator. The award made in the arbitration shall be binding and conclusive on the parties and judgment may be, but need not be, entered in any court having jurisdiction. Such award shall include the fixing of the costs, expenses and attorneys' fees of arbitration, which shall be borne by the unsuccessful party.

**8. NOTICES**

Unless otherwise stated herein, any notice under this Agreement will be in writing and deemed given upon mailing when sent by ordinary first-class U.S. mail to the party intended, at its mailing address as stated, or any other address which either party may designate. Any such notice sent to BMI shall be to the attention of the Vice President, Licensing, BMI, 10 Music Square East, Nashville, Tennessee, 37203. Any such notice sent to you shall be to the attention of the person signing this Agreement on your behalf or such other person as you may advise BMI in writing.

**9. MISCELLANEOUS**

This Agreement is the entire understanding between the parties, will not be binding until signed by both parties, and cannot be waived or added to or modified orally, and no waiver, addition or modification will be valid unless in writing and signed by the parties. This Agreement is executed by the duly authorized representative of BMI and you. Your rights are not assignable. This Agreement, its validity, construction and effect, will be governed by the laws of the State of New York other than its choice of law provisions. The fact that any provisions are found by a court of competent jurisdiction to be void or unenforceable will not affect the validity or enforceability of any other provisions. All headings in this Agreement are for the purpose of convenience and shall not be considered to be part of this Agreement.

**10. DEFINITIONS**

(a) **Licensed Premises**: The eating or drinking establishment listed on Page 4 or on an attached exhibit.

(b) **Music Policy**: Any single or combined use of the items defined in 10(c) - (j) and including Jukebox Fee (Box 9) by you at the Licensed Premises during a Contract Year.

*Refer to Boxes 1-7 in the Fee Calculation on Page 3.*

(c) **Live Music-Multiple Singers/Instrumentalists**: Music performed by more than one musician, singer or other entertainer actually present and performing at the Licensed Premises. **(Box 1)**

(d) **Live Music-Single Singer/Instrumentalist**: Music performed by one musician, singer or other entertainer actually present and performing at the Licensed Premises. **(Box 1)**

(e) **Recorded Music**: The performance of background music, foreground music, or as part of audio-visual presentations, by mechanical or electronic means, including, but not limited to, digital music players (e.g. iPods, MP3 players, etc.), CDs, DVDs, records, and tapes. **(Box 2)**

(f) **Enhanced Recorded Music**: Use of video tapes, DVDs and other projected visual images as an accompaniment/enhancement to recorded music performances (Karaoke). Enhanced Recorded Music does not include performances delivered by commercial broadcast, cablecast or satellite delivered television programming. **(Box 2)**

(g) **Admission Charge/Cover Charge**: Payment including, but not limited to, minimum required purchases to enter or remain in certain parts of the Licensed Premises, excluding advance or hard ticket purchases sold through an

AFFIDAVIT EXHIBIT C

outside independent ticket service and which are paid for pursuant to a valid separate BMI Music Performance Agreement. **(Box 3)**

(h) **Dancing**: Allowing patrons, performers or employees to dance, at any time, to live or recorded music anywhere on the Licensed Premises, whether or not a dance floor, dance stage or an area purposely used for dancing is provided. **(Box 4)**

(i) **Television and/or Radio Only (*unless exempt from the U.S. Copyright Law*)**: Televisions and/or radios that are utilized solely for the reception of commercial broadcast, cablecast or satellite programming and only when no Recorded Music or Enhanced Recorded Music as defined in 10(e) and 10(f) is performed and paid for under this Agreement. **(Box 5)**

(j) **Occupancy**: The total of maximum allowable occupancy loads/capacities for the entire premises of the Licensed Premises calculated under adopted building/fire codes, which shall not be limited to the number of available seats. If no such regulations are in effect in the applicable jurisdiction, then maximum occupancy shall mean one (1) person for every twenty (20) square feet of such total premises. Further, Occupancy is a component of the LICENSEE's Music Policy, which is subject to adjustment per the Agreement. **(Box 7)**

(k) **Seasonal/Occasional Use**: The total aggregate use of music described herein at 10(c) - (j) in an establishment open less than twelve (12) months in any one year, or total aggregate music use as described herein, which occurs four (4) times or less in any one year will require that you contact BMI for their Seasonal/Occasional Use Fee Calculation license.

(l) **Chain Operation**: Seven (7) or more licensable locations, that are commonly owned and operated by you, and that books, records and accounts for each are centrally maintained by you, will require that you contact BMI for its Chain Restaurant License.

(m) **Jukebox**: A coin-operated phonerecord playing device which is licensable by the JLO (Jukebox License Office) pursuant to a Jukebox Licensing Agreement.

## 11. FEES

(a) You agree to pay to BMI an Annual Fee as determined by your Music Policy.

(i) The Annual Fee payment for the initial Contract Year is due in full upon signing of this Agreement. The Annual Fee payment for subsequent Contract Years shall be due no later than 30 days after the anniversary date of this Agreement.

(ii) BMI shall discount the Annual Fee by 10% in any Contract Year if (A) you pay the Annual Fee in full and in a timely manner for such Contract Year in accordance with subparagraph (i) above; and (B) you do not otherwise owe BMI any fees under this or any prior BMI agreement.

(iii) Upon request, BMI will allow you to pay the Annual Fee on a semi-annual or quarterly basis, provided that your account is current. Semi-annual and quarterly payments are due no later than 30 days following each semi-annual or quarterly period. The discount provided for in subparagraph (ii) shall not be available if the Annual Fee is paid on a semi-annual or quarterly basis.

(iv) Notwithstanding subparagraph (iii), if any semi-annual or quarterly payment is not received by the 90th day after such payment is due, your ability to make semi-annual or quarterly payments shall immediately terminate for the remainder of this Agreement. In addition, the unpaid portion of the Annual Fee will be immediately due and payable.

(b) Your fee is adjusted each year by an adjustment to the Rate Per Year Per Occupant as defined in the Fee Calculation chart. The Rate Per Year Per Occupant adjustment for each Contract Year after 2024 shall be an adjustment of the 2024 rate based upon the percentage increase or decrease in the United States Consumer Price Index (Urban, All Items) between October 2023 and October of the year prior to that Contract Year, rounded to the nearest five cents. BMI will advise you in writing of this adjustment as part of its annual billing process.

(c) In no event shall the Annual Fee (per Box 8 of the Fee Calculation chart) due for any Contract Year be less than the Annual Minimum Fee (not including a Jukebox Fee, if any). The Annual Minimum Fee shall be $458.00 for 2023 (not including a Jukebox Fee, if any). Thereafter, the Annual Minimum Fee shall be adjusted at the same rate as the Rate Per Year Per Occupant pursuant to subsection (b) of this Paragraph, with the exception that all increases shall be rounded to the nearest dollar.

(d) The Jukebox Fee shall also be adjusted at the same rate as the Rate Per Year Per Occupant pursuant to subsection (b) of this Paragraph, with the exception that all increases shall be rounded to the nearest dollar.

(e) **You agree that the Music Policy set forth herein is, and will continue to be, a true and accurate representation of your music use at the Licensed Premises, unless changed as provided in Changes to Your Music Policy section of this Agreement (Paragraph 2).**

## 12. OKLAHOMA RATE CHANGE NOTICE

BMI shall notify LICENSEE of any rate change thirty (30) days prior to the expiration date of the Agreement.

## 13. COLORADO 3 BUSINESS DAY REVIEW

LICENSEE shall have the right to rescind the Agreement for a period of three (3) business days after the execution of the Agreement.

## 14. CUSTOMER OUTREACH

LICENSEE agrees to accept from time to time pre-recorded telephone messages from BMI that may contain important information regarding your account.

AFFIDAVIT EXHIBIT C

**MUSIC POLICY / FEE CALCULATION**

*For all the ways music is used in your establishment, enter the corresponding amount under Rate Per Year Per Occupant on the appropriate line(s) to the right.*

| Music Type | Frequency Per Week | Rate Per Year Per Occupant | Enter Fee Calculation |
|---|---|---|---|
| **1. Live Music*** | | | |
| • Multiple Singers/Instrumentalist | 5-7 nights | $7.45 | |
| **How many nights per week?** ___7___ | 2-4 nights | $6.25 | |
| *(1 night = no more than 5 times in any one month)* | 1 night or less | $5.60 | |
| • Single Singer/Instrumentalist | 5-7 nights | $5.45 | |
| **How many nights per week?** ___7___ | 2-4 nights | $4.45 | |
| *(1 night = no more than 5 times in any one month)* | 1 night or less | $4.10 | |
| | Enter ONLY the highest amount that applies here.......➜ | | $7.45 |
| **2. Enhanced Recorded Music*** | | | |
| **Type of Enhanced Music?** _____ | | | |
| (Karaoke, DVDs, Video Tapes, VJs) | 5-7 nights | $4.30 | |
| *(1 night = no more than 5 times in any one month)* | 2-4 nights | $4.10 | |
| **How many nights per week?** ___0___ | 1 night or less | $3.95 | |
| **Recorded Music*** | | | |
| **Type of Recorded Music?** _____ | | | |
| (CDs/Tapes/Records, Free-Play Jukebox, DJ, IPOD/MP3/Other Digital Music) | | $3.70 | |
| | Enter ONLY the highest amount that applies here.......➜ | | $0.00 |
| **3. Admission or Cover Charge** *(at any time)* | | $2.35 | $0.00 |
| **4. Dancing to Live or Recorded Music** *(at any time)* | | $2.35 | $2.35 |
| **5. Television and/or Radio** *(skip this Section if you have entered a fee in Section 2)* | | $1.60 | $0.00 |
| **6.** | **TOTAL RATE PER YEAR PER OCCUPANT** *(Sum of Boxes 1-5)*........➜ | | $9.80 |

**7. Occupancy**

Total Premise Occupancy ___200___ *(If greater than 1,000 occupants, enter 1,000)*

**OR**

**If Occupancy cannot be established by local building/fire codes, use formula below:**

Total Square Footage of Entire Premises ___0___ ÷ 20 = ___0___ Occupancy

**200**
*(Enter Occupancy)*

| | | |
|---|---|---|
| **8.** | **Subtotal – *(Multiply Line 6 by Line 7)*** | |
| | If $458.00 or Less, Enter Annual Minimum Fee of $458.00 | $1,960.00 |

**9. Jukebox Fee - Refer to Paragraph 10 (c-m) on Page 2**

*If your jukebox is licensable by the JLO (Jukebox License Office) but is not already licensed under a JLO license, enter the fee here. If the jukebox is already licensed under the JLO license, please enter Vendor name, address, and phone no. below.*

Jukebox Fee = $458.00

**$0.00**
*(Enter Jukebox Fee)*

Name/Company: _____  JLO Certification #: _____

Address: _____  Phone Number: _____

City: _____  State: _____  Zip: _____

| | |
|---|---|
| **GROSS ANNUAL FEE ALL USES (*Add Lines 8 and 9*)** If More Than $13,634.00 , Enter Maximum Fee of $13,634.00 ........➜ | $1,960.00 |
| **APPLICABLE DISCOUNT(S)........➜** | $0.00 |
| ***ANNUAL FEE........➜** | $1,960.00 |

***Eligible for 10% Timely Pay Discount if paying in FULL. If you wish to pay by Credit Card, Call Your BMI Representative at 1-888-689-5264.**

AFFIDAVIT EXHIBIT C

**15. TERM OF AGREEMENT**
The initial Term of this annual Agreement shall begin on the first day of (*month/year*) _____October, 2023_____
and end on the last day of (*month/year*) _____September, 2024_____, and this Agreement shall continue for additional periods of one (1) year each, unless canceled by either party at the end of any period, upon 30 days advance written notice sent by certified mail, return receipt requested.  Each one (1) year period, including the initial Term, is a "Contract Year."

**AGREEMENT**

This Agreement, made at New York, N.Y. on *(Date will be entered by BMI upon execution)* _____
between BROADCAST MUSIC, INC. (herein "BMI"), a Delaware corporation with principal offices at 7 World Trade Center, 250 Greenwich Street, New York, N.Y. 10007-0030, and the entity described below and referred to herein as "LICENSEE" or "you".

| **LEGAL NAME** | **LICENSED PREMISES** | | |
|---|---|---|---|
| Disorder, LLC | 2549 N Howard St | | |
| *(Name of Individual, Corporation, LLC, LLP, Partnership, or Government Entity, etc.)* | *(Street Address)* | | |
| **TRADE NAME** | Baltimore | MD | 21218-4506 |
| | *(City)* | *(State)* | *(Zip)* |
| Ottobar | (410) 662-0069 | | |
| *(Doing business under the name of)* | *(Phone)* | *(Phone 2)* | |
| | Tecla Tesnau | Owner | |
| **PLEASE COMPLETE LEGAL INFORMATION BELOW** | *(Contact Name)* | *(Title)* | |
| | management@theottobar.cor | http://www.theottobar.com/ | |
| Legal Structure LLC | *(Email Address)* | *(Web Address)* | |
| *(Individual, Corporation, LLC, LLP, Partnership, Government Entity or Other)* | | | |
| State of Incorporation MD   Federal Tax ID No. 84-1968648 | **MAILING ADDRESS** | | |
| Partners' Names *(If Partnership)* | **(If different from Licensed Premises)** | | |
| 1. _____ | | | |
| 2. _____ | 2549 N Howard St | | |
| 3. _____ | *(Street Address)* | | |
| **IF LEGAL STRUCTURE IS A GOVERNMENT ENTITY, PLEASE INDICATE BELOW** | Baltimore | MD | 21218-4506 |
| | *(City)* | *(State)* | *(Zip)* |
| | Tecla Tesnau | Owner | |
| Local, State, or Federal _____ | *(Contact Name)* | *(Title)* | |
| Municipality Name _____ | *(Contact Phone)* | *(Contact Phone 2)* | |
| *(City/State)* | management@theottobar.com | | |
| | *(Email Address – If different from above)* | | |

*Some state or national trade associations have discount agreements with BMI.*
*Contact your association to see if you qualify for one association discount only.*

| **TO BE COMPLETED BY LICENSEE** | **FOR ADMINISTRATIVE USE ONLY TO BE COMPLETED BY BMI** |
|---|---|
| By signing this Agreement, you represent that you have the authority to bind LICENSEE and that you have read, understood and agree to all of the terms and conditions herein. | **BROADCAST MUSIC INC.** |
| | |
| Signature | |
| | |
| Print Name                              Title | |
| | |
| Signatory Email Address | |
| *(If different from above)* | **FOR BMI USE ONLY** / **EDE1** / **LI-2023/MAR** |
| **Please Sign & Return this <u>Entire</u> License Agreement & Payment to:** **BMI, Licensing Dept** **10 Music Square E., Nashville, TN 37203** **Or online at www.bmi.com/licensing** | 61003833 |
| | **Customer Number** |

AFFIDAVIT EXHIBIT C

**BMI** Broadcast Music, Inc.
Licensing Department
10 Music Square East
Nashville, TN 37203-4399

Tecla Tesnau
Ottobar
2549 N Howard St
Baltimore, MD 21218-4506

December 14, 2023                                    Account Number: 61003833

# CEASE & DESIST NOTICE

As of this date, your business has not secured a BMI license agreement which would authorize the public performance of BMI affiliated music.  As such, this letter serves as formal notice that effective immediately you must cease any use of BMI affiliated music in your business.

The public performance of copyrighted music without advance authorization constitutes copyright infringement in violation of federal law and may subject you to substantial damages. These damages, as set forth in Title 17 of the United States Code (Copyright Law), can range from $750 to $30,000 per title infringed and a court may increase those damages if the court finds the infringement to be willful.

Please be advised that BMI is prepared to take necessary action to protect the performing rights of its affiliated songwriters, composers, and publishers. To resolve this matter immediately, please contact BMI at (888) 689-5264 or email business@bmi.com within five (5) days of receipt of this Notice.

Sincerely,

Pamela Williams, Esq.
Vice President, Legal & Business Affairs

Shipped Via: FedEx

bmi.com/licensing                                                          CND

**AFFIDAVIT EXHIBIT C**



**Pamela Williams, Esq.**
Vice President
Legal and Business
Affairs

**VIA First Class Mail**

Tecla Tesnau, Registered Agent                                June 16, 2025
Disorder, LLC
Ottobar
2549 N Howard St
Baltimore, MD  21218

**RE: Notice of Copyright Infringement— Ottobar**

Dear Tecla,

This letter serves as notice that infringement of BMI-licensed music recently played at your establishment and was noted by BMI's Music Researcher.  Said infringement is in violation of the rights granted copyright owners under the copyright law of the United States.  BMI has previously advised you that BMI would not permit the unauthorized use of the more than 22.4 million copyrighted musical works within the BMI repertoire.

BMI remains willing to resolve this matter with you.  Should you wish to resolve this matter, please contact me at 615-401-2822 by no later than 5pm Central on **June 17**. If you do not contact me to resolve this matter by that date, I will have no alternative other than to refer this matter to our attorneys for whatever action they deem necessary.

Regards,

Pamela Williams

PW/kl Account #61003833

<span style="color:red">AFFIDAVIT EXHIBIT C</span>

**Pamela Williams, Esq.**
Vice President
Legal and Business
Affairs

**VIA FED EX**

Tecla Tesnau, Registered Agent                               June 16, 2025
Disorder, LLC
Ottobar
2549 N Howard St
Baltimore, MD  21218

**RE: Notice of Copyright Infringement— Ottobar**

Dear Tecla,

This letter serves as notice that infringement of BMI-licensed music recently played at your establishment and was noted by BMI's Music Researcher.  Said infringement is in violation of the rights granted copyright owners under the copyright law of the United States.  BMI has previously advised you that BMI would not permit the unauthorized use of the more than 22.4 million copyrighted musical works within the BMI repertoire.

BMI remains willing to resolve this matter with you.  Should you wish to resolve this matter, please contact me at 615-401-2822 by no later than 5pm Central on **June 17**. If you do not contact me to resolve this matter by that date, I will have no alternative other than to refer this matter to our attorneys for whatever action they deem necessary.

Regards,

Pamela Williams

PW/kl Account #61003833

AFFIDAVIT EXHIBIT C