UNITED STATES DISTRICT COURT
FOR THE  DISTRICT OF MARYLAND
(Northern Division)

BROADCAST MUSIC, INC., *et al*              *

        Plaintiffs                               *

    v.                                             Civil Action No: 1:25-cv-03218-JRR
                                                  *

DISORDER, LLC *d/b/a* OTTOBAR , *et al*
                                                  *

        Defendants
*        *        *        *        *        *        *

**RESPONSE OF DEFENDANTS, DISORDER, LLC AND TECLA TESNAU,
TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANTS**

    Disorder, LLC and Tecla Tesnau, Defendants, by Peter A. Prevas, their  attorney, in

Response to Plaintiffs' First Request for Admissions to Defendants states:

ADMISSION NO. 1: On May 14, 2025, Defendant Disorder LLC operated and maintained a facility
known as Ottobar located at 2549 North Howard Street, Baltimore, Maryland 21218.

RESPONSE NO. 1: Admitted.

ADMISSION NO. 2:   On May 14, 2025, Defendant Disorder LLC had the right and ability to direct
and control the activities of Ottobar.

RESPONSE NO. 2: Admitted.

ADMISSION NO. 3:   On May 14, 2025, Defendant Disorder LLC had a direct financial interest in
Ottobar.

RESPONSE NO. 3: Admitted.

ADMISSION NO. 4:  On May 14, 2025, Defendant Disorder LLC had the right and ability to
supervise the persons employed by Ottobar.

RESPONSE NO. 4: Admitted.

ADMISSION NO. 5:  On August 2, 2025, Defendant Disorder LLC operated and maintained a
facility known as Ottobar located at 2549 North Howard Street, Baltimore, Maryland 21218.

EXHIBIT C

RESPONSE NO. 5: Admitted.

ADMISSION NO. 6:  On August 3, 2025, Defendant Disorder LLC operated and maintained a facility known as Ottobar located at 2549 North Howard Street, Baltimore, Maryland 21218

RESPONSE NO. 6: Admitted.

ADMISSION NO. 7:   On August 2, 2025 and August 3, 2025, Defendant Disorder LLC had the right and ability to direct and control the activities of Ottobar. early morning of August 3, 2025, Defendant Disorder LLC had a direct financial interest in Ottobar.

RESPONSE NO. 7: Admitted.

ADMISSION NO. 8:   On August 2, 2025 and August 3, 2025, Defendant Disorder LLC had the right and ability to supervise the persons employed by Ottobar.

RESPONSE NO. 8: Admitted.

ADMISSION NO. 9:  On May 14, 2025, Defendant Tecla Tesnau was a member of Defendant Disorder, LLC.

RESPONSE NO. 9: Admitted.

ADMISSION NO. 10: On August 2, 2025 and August 3, 2025, Defendant Tecla Tesnau was a member of Defendant Disorder LLC.

RESPONSE NO. 10: Admitted.

ADMISSION NO. 11: On May 14, 2025, Defendant Tecla Tesnau operated and maintained a facility known as Ottobar located 2549 North Howard Street, Baltimore, Maryland 21218

RESPONSE NO. 11: Denied.

ADMISSION NO. 12: On May 14, 2025, Defendant Tecla Tesnau had the right and ability to direct and control the activities of Ottobar.

RESPONSE NO. 12: Denied.

ADMISSION NO. 13: On May 14, 2025, Defendant Tecla Tesnau had the right and ability to supervise the persons employed by Ottobar.

RESPONSE NO. 13: Admitted.

2

EXHIBIT C

ADMISSION NO. 14: On May 14, 2025, Defendant Tecla Tesnau had a direct financial interest in Ottobar.

RESPONSE NO. 14: Admitted.

ADMISSION NO. 15: On August 2, 2025 and August 3, 2025, Defendant Tecla Tesnau operated and maintained a facility known as Ottobar located 2549 North Howard Street, Baltimore, Maryland 21218.

RESPONSE NO. 15: Denied.

ADMISSION NO. 16: On August 2, 2025 and August 3, 2025, Defendant Tecla Tesnau had the right and ability to direct and control the activities of Ottobar.

RESPONSE NO. 16: Denied.

ADMISSION NO. 17: On August 2, 2025 and August 3, 2025, Defendant Tecla Tesnau had the right and ability to supervise the persons employed by Ottobar.

RESPONSE NO. 17: Admitted.

ADMISSION NO. 18: On August 2, 2025 and August 3, 2025, Defendant Tecla Tesnau had a direct financial interest in Ottobar.

RESPONSE NO. 18: Denied.

ADMISSION NO. 19: On May 14, 2025, Ottobar was open to the public.

RESPONSE NO. 19: Admitted.

ADMISSION NO. 20: On August 2, 2025 and August 3, 2025, Ottobar was open to the public.

RESPONSE NO. 20: Admitted.

ADMISSION NO. 21: On May 14, 2025, musical compositions were publicly performed at Ottobar.

RESPONSE NO. 21: Denied.

ADMISSION NO. 22: On August 2, 2025 musical compositions were publicly performed at Ottobar.

RESPONSE NO. 22: Denied.

ADMISSION NO. 23: On August 3, 2025, musical compositions were publicly performed at

3

EXHIBIT C

Ottobar.

RESPONSE NO. 23: Denied.

ADMISSION NO. 24: On May 14, 2025, at Ottobar, the musical composition "Goodbye Earl" was performed.

RESPONSE NO. 24: Denied.

ADMISSION NO. 25: The Defendants have no evidence controverting that on May 14, 2025, the musical composition "Goodbye Earl" was performed at Ottobar.

RESPONSE NO. 25: Denied.

ADMISSION NO. 26: On August 2, 2025 or August 3, 2025, at Ottobar:

a.      The musical composition "I Just Died In Your Arms" a/k/a "(I Just) Died In Your Arms" was performed;
b.      The musical composition "Take On Me" was performed.

RESPONSE NO. 26: a. Denied, b. Denied.

ADMISSION NO. 27: The Defendants have no evidence controverting that on either or both August 2, 2025 or August 3, 2025:

a.      The musical composition "I Just Died In Your Arms" a/k/a "(I Just) Died In Your Arms" was performed at Ottobar;
b.      The musical composition "Take On Me" was performed at Ottobar.

RESPONSE NO. 27: a. Denied, b. Denied.

ADMISSION NO. 28: The individual(s) listed on line 3 of each claim appearing on the Schedule (annexed to the Complaint) is/are the writer(s) of the musical compositions listed on line 2.

RESPONSE NO. 28:Denied.

ADMISSION NO. 29: Defendants have no evidence controverting that the individual(s) listed on line 3 of each claim appearing on the Schedule is/are the writer(s) of the musical composition listed on line 2.

RESPONSE NO. 29: Denied.

ADMISSION NO. 30: The Plaintiffs listed on line 4 of each claim appearing on the Schedule is/are

EXHIBIT C

the owner(s) of the copyright in the musical composition listed on line 2.

RESPONSE NO. 30: Denied.

ADMISSION NO. 31: The Defendants have no evidence controverting that the Plaintiffs listed on line 4 of each claim appearing on the Schedule is/are the owner(s) of copyrights in the musical composition listed on line 2.

RESPONSE NO. 31: Admitted.

ADMISSION NO. 32: A registration of copyright in the musical composition listed on line 2 of each claim appearing on the Schedule was filed with the Copyright Office on the date listed on line 5 and a certificate was issued bearing the registration number listed on line 6.

RESPONSE NO. 32: Denied.

ADMISSION NO. 33: Defendants have no evidence controverting that a registration of copyright in the musical composition listed on line 2 of each claim appearing on the Schedule was filed with the Copyright Office on the date listed on line 5 and that a certificate was issued bearing the registration number listed on line 6.

RESPONSE NO. 33: Admitted.

ADMISSION NO. 34: On the date(s) listed on line 7 of each claim appearing on the Schedule, Plaintiff Broadcast Music, Inc. ("BMI") licensed public performance rights in the musical composition listed on line 2.

RESPONSE NO. 34:Denied.

ADMISSION NO. 35: Defendants have no evidence controverting that on the date(s) listed on line 7 of each claim appearing on the Schedule, Plaintiff BMI did license public performance rights in the musical composition listed on line 2.

RESPONSE NO. 35:Admitted.

ADMISSION NO. 36: Between October 2023 and June 2025 Plaintiff BMI offered to grant a license for public performances of musical compositions at Ottobar.

RESPONSE NO. 36:Denied.

ADMISSION NO. 37: On May 14, 2025, Defendants were not licensed by any of the Plaintiffs to publicly perform any of their musical compositions at Ottobar.

5

EXHIBIT C

RESPONSE NO. 37: Denied.

ADMISSION NO. 38: On August 2, 2025 and August 3, 2025, Defendants were not licensed by any of the Plaintiffs to publicly perform any of their musical compositions at Ottobar.

RESPONSE NO. 38:Denied.

ADMISSION NO. 39: Defendants have no evidence controverting that they did receive the letters from BMI attached as Exhibit A hereto.

RESPONSE NO. 39: Denied.

/s/ PETER A. PREVAS
Bar No: 11564
Prevas and Prevas
309 North Charles Street
Suite 200
Baltimore, MD 21201
410-752-2340-phone
410-332-0474-fax
443-756–6658-cell
prevasandprevas@verizon.net
Attorney for Defendants,
Disorder, LLC and Tecla Tesnau

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March 2026, I emailed a copy of the foregoing Response of Defendants, Disorder, LLC and Tecla Tesnau, to Plaintiffs' First Request for Admissions to Marie J. Ignozzi, Esquire, RKW, LLC, 10075 Red Run Boulevard, Suite 401, Owings Mills, MD 21117, Mignozzi@RKWlawgroup.com, Attorney for Plaintiffs.

/s/ PETER A. PREVAS

6

EXHIBIT C