**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO.: 1:25-cv-03218-JRR |
| DISORDER LLC d/b/a OTTOBAR and TECLA TESNAU, individually, | |
| Defendants. | |

**LINE TO SUBMIT AMENDED DECLARATION OF JOHN FLYNN**
**AS EXHIBIT B TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOC. 30-3)**

DEAR SIR/MADAM CLERK:

Please accept for filing the attached Amended Declaration of John Flynn with supporting Affidavit Exhibits A, B, C and D intended to amend and replace Exhibit B to Plaintiff's Motion for Summary Judgment (Doc 30-3).

On May 7, 2026, Plaintiff filed the Motion for Summary Judgment (Doc. 30). In support of its Motion, Plaintiff submitted as Motion Exhibit B the Declaration of John Flynn with supporting Affidavit Exhibits A, B, and C (Doc. 30-3). Subsequent to that filing, Plaintiff received additional information that impacted the cost of a license for Defendants and, as such, Mr. Flynn was caused to update his statement set forth in ¶ 18 of his original Declaration accordingly. For convenience, Mr. Flynn attached an updated draft license agreement in support of his Amended Declaration as Exhibit D to his Amended Declaration.

Dated: June 11, 2026                    _____/s/ *Marie J. Ignozzi*_____
                                        Marie J. Ignozzi (Bar #29762)
                                        RKW, LLC
                                        10075 Red Run Blvd., Suite 401
                                        Owings Mills, MD 21117
                                        (443) 379-8992
                                        mignozzi@rkwlawgroup.com
                                        *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this <u>11th</u> day of <u>June</u> 2026, the Line to Submit Amended Exhibit B

was filed and served on all counsel of record by ECF.


                                         __/s/ Marie J. Ignozzi_____
                                        Marie J. Ignozzi (Bar # 29762)