| LG | LM | PI | Rpt | Lsg Title (LG / LM / PI) | Lsg Artist (LG / LM / PI) | Work # | Legal Status | Work Info | Approved Candidate | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Ottobar Performance Overlay Report  (InfrID: "0508252516319"  Report Date: Thursday, June 12, 2025 5:06 PM)** | | | | | |
| X | | | | HALO | Beyonce | 9968184 | | ASCAP/BMI/NA | | Karaoke |
| | X | X | | I MISS YOU | -- / BLINK-182 / Blink 182 | 6829431 (TNC) | | ASCAP | | |
| X | X | X | | BELIEVE | Cher / SOUND OF LEGEND / Cher | 4538034 | | ASCAP/BMI/NA | | Karaoke |
| X | | X | | OOH LA LA | Rod Stewart / -- / Faces | 4521648 | | ASCAP | | Karaoke |
| X | | X | | DOWN IN IT | Nine Inch Nails | 2340183 | | ASCAP | | Karaoke |
| X | X | X | | CAST NO SHADOWS | OASIS | 2130466 | | BMI | YES | Karaoke |
| X | | X | | I M STILL STANDING | Elton John | 3684500 | | ASCAP/BMI | | Karaoke |
| X | | | | SHE USED TO BE MINE | Sara Bareilles | 20626024 | | ASCAP | | Karaoke |
| X | | | | JUST FRIENDS | Amy Winehouse | 8423749 | | BMI | YES | Karaoke |
| X | | X | | STARBURSTER | Fontaine D.C. / -- / Fontaines D C | 67939621 | | BMI | | Karaoke |
| X | | X | | HANGING BY A MOMENT | Lifehouse | 5416176 | APPROVED | BMI | | Karaoke |
| X | | X | | KISS ME SON OF GOD | They Might Be Giants | 3685652 | | BMI | YES | Karaoke |
| X | X | X | | ANTHONY S SONG | BILLY JOEL | 48783 | | ASCAP | | Karaoke |
| X | | X | | NO HANDS | Waka Flocka Flame (feat. Roscoe Dash and Wale / -- / Waka Flocka Flame | 12106543 | | ASCAP | | Karaoke |
| X | X | X | | THINK ABOUT ME | FLEETWOOD MAC | 1496831 | | BMI | YES | Karaoke |
| X | | X | | POPPIN MY COLLAR | Three Six Mafie (feat. Project Pat) / -- / Three Six Mafia | 8083773 | | ASCAP/BMI | | Karaoke |
| X | | X | | ALEJANDRO | Lady Gaga | 11158729 | APPROVED | BMI | | Karaoke |
| X | | X | | MY WAY | Frank Sinatra | 1044656 | | BMI | YES | Karaoke |
| X | | X | | JUST A GIGOLO | David Lee Roth / -- / Luis Prima | 4185576 | | ASCAP | | Karaoke |
| X | | | | I AINT GOT NOBODY | DAVID LEE ROTH | 602219 | | BMI | | |
| X | | | R | JUST A GIGOLO | DAVID LEE ROTH | 4185576 | | ASCAP | | |
| X | | X | | GOODBYE EARL | The Chicks / -- / Dixie Chicks | 4296602 | APPROVED | BMI | | Karaoke |
| X | | X | | TEARIN UP MY HEART | N'Sync / -- / NSYNC | 4520158 (TNC) | | ASCAP | | Karaoke |
| X | | X | | I WANT YOU TO WANT ME | Cheap Trick | 692674 | APPROVED | SESAC | | Karaoke |
| X | | X | | BURNIN UP | Jonas Brothers | 9861821 | APPROVED | BMI | | Karaoke |
| X | | | | CARL SAGAN | Carl Sagan | 21717555 | | ASCAP | | Karaoke |
| X | | X | | HEAD LIKE A HOLE | Nine Inch Nails | 2442965 | | ASCAP | | Karaoke |
| X | | X | | STILL REMAINS | Stone Temple Pilots | 3830657 (TNC) | | ASCAP | | Karaoke |
| X | | X | | COOL CAT | Queen / -- / Tertia May | 243422 | | BMI | YES | Karaoke |
| X | X | X | | THIS MUST BE THE PLACE | TALKING HEADS | 1923476 | | ASCAP | | Karaoke |
| X | | | | TAKE ME HOME COUNTRY ROADS | John Denver | 4195517 | | ASCAP | | Karaoke |

LG  Submitted: 05/28/2025 04:16:08 PM
LM  Submitted: 05/28/2025 04:16:08 PM
PI  Submitted: 05/28/2025 04:16:08 PM

| | | |
|---|---|---|
| AAA | Approved title with more than one source | |
| AAA | Approved title Candidate with more than one source | |
| AAA | Reported title | |

| # | | |
|---|---|---|
| # | Reported Titles | 31 |
| # | Approved Titles | 5 |
| # | Review / Pending Titles | 0 |
| # | Rejected Titles | 0 |
| # | Candidate Titles | 6 |
| # | ASCAP Titles | 13 |
| # | BMI Titles | 11 |
| # | Split Titles | 4 |
| # | Unknown Titles | 0 |

AFFIDAVIT EXHIBIT B

# General Licensing Infringement Log

**Infringement ID:** 0508252516319

**Venue Name:** Ottobar
2549 N Howard St
Baltimore  Maryland  21218-4506

**Date Logged:** 05/14/2025

---

**Song Title** ALEJANDRO          **Paris Number** 11158729          **APPROVED** ☑  **REVIEW** ☐  **REJECTED** ☐

| W/P | Participant | Affiliation | Pay Flag | Term Date | Term Type |
|-----|-------------|-------------|----------|-----------|-----------|
| P | HOUSE OF GAGA PUBLISHING LLC | BMI | PAY | | |
| P | SONGS OF REDONE | BMI | PAY | | |
| P | SONY/ATV SONGS LLC | BMI | PAY | | |
| W | GERMANOTTA STEFANI J (MS) | BMI | PAY | | |
| W | KHAYAT NADIR (SP ACCT) | BMI | PAY | | |

---

**Song Title** BURNIN UP          **Paris Number** 9861821          **APPROVED** ☑  **REVIEW** ☐  **REJECTED** ☐

| W/P | Participant | Affiliation | Pay Flag | Term Date | Term Type |
|-----|-------------|-------------|----------|-----------|-----------|
| P | SONY/ATV SONGS LLC | BMI | PAY | | |
| W | JONAS JOSEPH ADAM | BMI | PAY | | |
| W | JONAS NICHOLAS JERRY | BMI | PAY | | |
| W | JONAS PAUL KEVIN II | BMI | PAY | | |

AFFIDAVIT EXHIBIT B

| Song Title | CAST NO SHADOWS | | Paris Number | 2130466 | | APPROVED ☐ | REVIEW ☐ | REJECTED ☐ |
|---|---|---|---|---|---|---|---|---|
| | W/P | Participant | | Affiliation | Pay Flag | Term Date | Term Type | |
| | P | SONY/ATV SONGS LLC | | BMI | PAY | | | |
| | W | GALLAGHER NOEL THOMAS | | PRS | PAY | | | |

| Song Title | COOL CAT | | Paris Number | 243422 | | APPROVED ☐ | REVIEW ☐ | REJECTED ☐ |
|---|---|---|---|---|---|---|---|---|
| | W/P | Participant | | Affiliation | Pay Flag | Term Date | Term Type | |
| | P | BEECHWOOD MUSIC CORPORATION (QUEEN MUSIC | | BMI | PAY | | | |
| | W | DEACON JOHN RICHARD (SP ACCT) | | PRS | PAY | | | |
| | W | MERCURY FREDERICK (SP ACCT) | | PRS | PAY | | | |

| Song Title | GOODBYE EARL | | Paris Number | 4296602 | | APPROVED ☑ | REVIEW ☐ | REJECTED ☐ |
|---|---|---|---|---|---|---|---|---|
| | W/P | Participant | | Affiliation | Pay Flag | Term Date | Term Type | |
| | P | EMI BLACKWOOD MUSIC INC | | BMI | PAY | | | |
| | P | SHELTERED AT HOME MUSIC | | BMI | PAY | | | |
| | W | LINDE DENNIS N (SP ACCT) | | BMI | PAY | | | |

AFFIDAVIT EXHIBIT B

**Song Title** HANGING BY A MOMENT    **Paris Number** 5416176    APPROVED ☑  REVIEW ☐  REJECTED ☐

| W/P | Participant | Affiliation | Pay Flag | Term Date | Term Type |
|-----|-------------|-------------|----------|-----------|-----------|
| P | ROUND HILL COMPOSITIONS | BMI | PAY | | |
| W | WADE JASON MICHAEL (SP ACCT) | BMI | PAY | | |

**Song Title** JUST FRIENDS    **Paris Number** 8423749    APPROVED ☐  REVIEW ☐  REJECTED ☐

| W/P | Participant | Affiliation | Pay Flag | Term Date | Term Type |
|-----|-------------|-------------|----------|-----------|-----------|
| P | EMI BLACKWOOD MUSIC INC | BMI | PAY | | |
| W | WINEHOUSE AMY JADE | PRS | PAY | | |

**Song Title** KISS ME SON OF GOD    **Paris Number** 3685652    APPROVED ☐  REVIEW ☐  REJECTED ☐

| W/P | Participant | Affiliation | Pay Flag | Term Date | Term Type |
|-----|-------------|-------------|----------|-----------|-----------|
| P | T M B G MUSIC | BMI | PAY | | |
| W | FLANSBURGH JOHN C | BMI | PAY | | |
| W | LINNELL JOHN S | BMI | PAY | | |

AFFIDAVIT EXHIBIT B

**Song Title** MY WAY      **Paris Number** 1044656      APPROVED☐   REVIEW☐   REJECTED☐

| W/P | Participant | Affiliation | Pay Flag | Term Date | Term Type |
|-----|-------------|-------------|----------|-----------|-----------|
| P | CHRYSALIS STANDARDS INC | BMI | PAY | | |
| P | CONCORD COPYRIGHTS | BMI | PAY | | |
| W | ANKA PAUL | BMI | PAY | | |
| W | FRANCOIS CLAUDE (MY WAY - SP ACCT) | BMI | PAY | | |
| W | REVAUD JACQUES ABEL JULES | SACEM | PAY | | |
| W | THIBAUT LUCIEN MARIE ANTOINE | SACEM | PAY | | |

**Song Title** THINK ABOUT ME      **Paris Number** 1496831      APPROVED☐   REVIEW☐   REJECTED☐

| W/P | Participant | Affiliation | Pay Flag | Term Date | Term Type |
|-----|-------------|-------------|----------|-----------|-----------|
| P | UNIVERSAL MUSIC CAREERS (FLEETWOOD MAC MUS{ | BMI | PAY | | |
| W | MC VIE ANNE CHRISTINE (2 - SP ACCT) | BMI | PAY | | |

Friday, June 13, 2025 8:03 AM

AFFIDAVIT EXHIBIT B

## MUSIC RESEARCHER EXPENSE REPORT

Date of Research  :  05/14/2025
Establishment Name:  Ottobar
　　　　　　　　　　　　2549 N Howard St
　　　　　　　　　　　　Baltimore　　　　　　　　　　MD　　　　21218-4506
　　　　　　　　　　　　　　City　　　　　　　　　　St　　　　　Zip

| | | | | |
|---|---|---|---|---|
| $52.26 | 1. | Odometer Reading End | 59,226 | |
| | | Odometer Reading Start | 59,148 | |
| | | Total Mileage | 78 | |
| $0.00 | 2. | Other Transportation( Tolls, Parking,Taxi,Rideshare) | | |
| $0.00 | 3. | Airfare | Receipt Date | Time |
| $15.00 | 4. | Expenses in Establishment | 05/14/2025 | 10:15 PM |
| $0.00 | 5. | Total Admission( $0.00 Admission/Person X 2 # of People ) | | |
| $0.00 | 6. | Meals | | |
| $0.00 | 7. | Lodging | | |
| $0.00 | 8. | Supplies (telephone, postage, etc.) | | |
| $67.26 | | **TOTAL EXPENSES** | | |

Beverages included in expenses in establishment.

**Researcher Name:**  Paula Porsche
**Address:**  7150 12th St. NW
**City:**  Washington　　　　　　**State:**  DC　　　　**Zip:**  20012
**Telephone Number:**  (703)283-4751

Signature: _[signature]_　　　　　　　　　　Date: 5/20/2025

### *** FOR BMI USE ONLY ***

Checked for accuracy by: _____

Approved: _Debra Hartman_

Date: _05/27/2025_

Reference Number: 61003833　　　　　*Page* 1 of 1

AFFIDAVIT EXHIBIT B

Tavern
(410) 662-0069

05/14/2025                22:15

## Sale

Trans #: 49 Batch #: 733

CREDIT CARD
VISA                 CHIP READ
Entry Type:  CONTACTLESS
***********2650    **/**

AMOUNT:        USD $13.00

TIP AMT:       $2.00

TOTAL AMT: USD $15.00

### Tip Suggestions

| Percent | Tip    | Total |
|---------|--------|-------|
| 18%     | $2.34  | 15.34 |
| 20%     | $2.60  | 15.60 |
| 22%     | $2.86  | 15.86 |

Resp:       APPROVAL 092
Code:            092
Ref #:        5135028380 2
TransID: 4651350812200

Name:       VISA DEBIT
AID:        A0000000031010
TVR:         0000000000
ARC:            C070
TC:       9EAA0B9631903CAF
IAD:       06061203A000000

NO SIGNATURE REQUIRED

Thank You!

CUSTOMER COPY

AFFIDAVIT EXHIBIT B

**BMI**                 **Employee Time Entry Report**                 **Dayforce**

Date Range: 5/12/2025 - 5/18/2025                          Run By: 100828

Location: Field                                           Run Date: 5/29/2025 1:05:34 PM

Employees: 18268                                          Options: [None]

Department: All

| Porsche, Paula  104456 | Start Shift | Start Meal | End Meal | Start Meal | End Meal | Start Meal | End Meal | Start Meal | End Meal | End Shift | Total Hours | Paid Hours | Exceptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wed, May 14 | 8:00 pm | | | | | | | | | 1:30 am | 5.50 | 5.50 | |
| Fri, May 16 | 6:45 am | | | | | | | | | 9:00 am | 2.25 | 2.25 | |
| | | | | | | | | | | | 7.75 | 7.75 | |

*(handwritten note, yellow)*

1st LOS
APP = 5  ④
REJ = ∅
CAND = 6
TOTAL = 31

Title: I Want You To Want Me - Cheap Trick
Can't Be Used!

*(handwritten note, green)*

67.26 exp =
135.63   hrs =
$202.89
_____
dance
85-75                    Perf II
KKE                         +
9:44PM-12:10AM           SM
DJ Mix    Jour 5/28

  APPROVED    PH          5/29/25

Signature                                Date

Confidential                    © 2024 Dayforce.                    1 of 1

AFFIDAVIT EXHIBIT B

## CERTIFIED INFRINGEMENT REPORT

Log Date: Day of the Week:__Wednesday__    Month:__May_____    Day:__14_____    Year:__2025__
Name of Establishment __Ottobar__
Address __2549 N Howard St__
City __Baltimore__    State __MD__    Telephone Number __()-__

### ENTRY FEES

Admission/Cover – Amount  __$0.00____    Ticketed – Price __$0.00_____    ☐Minimum Amount    ☑None

☑ Dancing Permitted

### ESTABLISHMENT DETAIL

Posted Fire Occupancy    __85__
Estimated Occupancy
Estimated Size of Crowd    __75__

Neighboring Business #1:  Kay's Place 138 W 25th St, Baltimore, MD 21218

Neighboring Business #2:  KM Island Cuisine Restaurant 110 W 25th St Baltimore, MD 21218

Neighboring Business #3:  Exxon 2500 N Howard St. Baltimore, MD 21218

**Describe type of décor, distinctive decorations, fixtures, establishment themes, game machines, and unusual occurrences that evening (if any):**

The venue is a two-level music establishment with a grunge indie bar theme. The lower level consists of an enclosed room located behind a sliding door. The upper level, known as "Otto Upstairs," hosts trivia, open mic, and karaoke events primarily attended by college-aged patrons. The space is decorated with various styles of string lights hanging from the ceiling, a checkered floor, and numerous decal stickers and posters promoting past and upcoming events throughout the venue. A pool table is positioned in front of the karaoke area (audience-facing stage right). An Occupancy Permit indicating a maximum capacity of 85 persons is posted at the bar.

**Recorded Music: Source and Type of Equipment Used**

☐ CDs    ☐ Tapes    ☑ Computer Source    ☐ Music Service:    Karaoke and DJ music via laptop

☐ DVD    ☐ Radio    ☐ Video Source    ☐ Satellite Radio    ☐ Records    ☑ Digital Source

☐ Other: _____

☑ TV Monitors: ____2 65 in._____    ☑ Large Screen TVs: ____1 projector____
          (Estimated # & Size)                    (Estimated # & Size)
Source Verification Method:    I witnessed DJ booth with DJs and laptop.

**Speakers:**

☑ Ceiling – Estimated#: ____1____    ☑ Box – Estimated#: ____4____    ☐ Other

**Description of Equipment and/or Speaker**

DJ and laptop computer operation booth in far left/performer's left side corner of the venue room. Projector screen is in the front of the room, closer to center with karaoke lyrics projector display. Karaoke title slide between performers displays www.karaokenerds.com/penfold venmo @blacklodgekaraoke

AFFIDAVIT EXHIBIT B

Name of Establishment: <u>Ottobar</u>
Log Date: <u>05/14/2025</u>

### JukeBox

| | |
|---|---|
| Name Vendor Co: _____ | ☐ Coin Operated   ☐ Free Play   ☐ Both |
| Brand: _____ | JLO Cert No: |
| Model: _____   Vendor Phone: _____ | Date Issued: _____ |
| Address: _____ | Expiration Date: |

### TYPE OF PERFORMANCE

| # of Performers | Name of Performer | Source | Description of all members: |
|---|---|---|---|
| 2 | Patrick; Unknown | Karaoke | White male, mostly balding with grey hair on sides. Wearing black, white, and grey plaid shirt and a dark grey graphic t-shirt on inside.<br><br>White female-presenting or non-binary. Tattoos of leaves on right upper arm, brown hair with shaved sides, wearing black sateen slip dress and black choker. |

Time Entered Premises:     09:46 PM          Time Left Premises:     12:10 AM

### SONG/SELECTIONS PERFORMED     Reference Number: 61003833

| Time | Announced | Instrumental or Vocal | Title | Artist | Source | Performer |
|---|---|---|---|---|---|---|
| 09:57 PM | No | Vocal | Halo | Beyonce | Karaoke | Patrick; Unknown |
| 10:02 PM | No | Vocal | Believe | Cher | Karaoke | Patrick; Unknown |
| 10:09 PM | No | Vocal | Oh La La | Rod Stewart | Karaoke | Patrick; Unknown |
| 10:15 PM | No | Vocal | Down In It | Nine Inch Nails | Karaoke | Patrick; Unknown |
| 10:20 PM | No | Vocal | Cast No Shadow | Oasis | Karaoke | Patrick; Unknown |
| 10:25 PM | No | Vocal | I'm Still Standing | Elton John | Karaoke | Patrick; Unknown |
| 10:29 PM | No | Vocal | She Used to Be Mine | Sara Bareilles | Karaoke | Patrick; Unknown |
| 10:34 PM | No | Vocal | Just Friends | Amy Winehouse | Karaoke | Patrick; Unknown |
| 10:38 PM | No | Vocal | Starburster | Fontaine D.C. | Karaoke | Patrick; Unknown |
| 10:43 PM | No | Vocal | Hanging By a Moment | Lifehouse | Karaoke | Patrick; Unknown |
| 10:46 PM | No | Vocal | Kiss Me, Son of God | They Might Be Giants | Karaoke | Patrick; Unknown |
| 10:49 PM | No | Vocal | Movin' Out (Anthony's Song) | Billy Joel | Karaoke | Patrick; Unknown |
| 10:53 PM | No | Vocal | No Hands | Waka Flocka Flame (feat. Roscoe Dash and Wale) | Karaoke | Patrick; Unknown |
| 10:58 PM | No | Vocal | Think About Me | Fleetwood Mac | Karaoke | Patrick; Unknown |

Reference Number: 61003833

*Page 2 of 5*

AFFIDAVIT EXHIBIT B

Name of Establishment: <u>Ottobar</u>
Log Date: <u>05/14/2025</u>

| Time | Announced | Instrumental or Vocal | Title | Artist | Source | Performer |
|---|---|---|---|---|---|---|
| 11:02 PM | No | Vocal | Poppin' My Collar | Three Six Mafie (feat. Project Pat) | Karaoke | Patrick; Unknown |
| 11:05 PM | No | Vocal | Alejandro | Lady Gaga | Karaoke | Patrick; Unknown |
| 11:10 PM | No | Vocal | My Way | Frank Sinatra | Karaoke | Patrick; Unknown |
| 11:15 PM | No | Vocal | Just a Gigolo/I Ain't Got Nobody | David Lee Roth | Karaoke | Patrick; Unknown |
| 11:21 PM | No | Vocal | Goodbye Earl | The Chicks | Karaoke | Patrick; Unknown |
| 11:26 PM | No | Vocal | Tearing Up My Heart | N'Sync | Karaoke | Patrick; Unknown |
| 11:31 PM | No | Vocal | I Want You to Want Me | Cheap Trick | Karaoke | Patrick; Unknown |
| 11:35 PM | No | Vocal | Burning Up | Jonas Brothers | Karaoke | Patrick; Unknown |
| 11:40 PM | No | Vocal | Night Moves | Carl Sagan | Karaoke | Patrick; Unknown |
| 11:45 PM | No | Vocal | Head Like a Hole | Nine Inch Nails | Karaoke | Patrick; Unknown |
| 11:50 PM | No | Vocal | Still Remains | Stone Temple Pilots | Karaoke | Patrick; Unknown |
| 11:54 PM | No | Vocal | Cool Cat | Queen | Karaoke | Patrick; Unknown |
| 11:57 PM | No | Vocal | This Must Be The Place (Naive Melody) | Talking Heads | Karaoke | Patrick; Unknown |
| 12:01 AM | No | Vocal | Take Me Home, Country Roads | John Denver | Karaoke | Patrick; Unknown |

Reference Number: 61003833                    *Page 3 of 5*

AFFIDAVIT EXHIBIT B

**Name of Establishment:** <u>Ottobar</u>
**Log Date:** <u>05/14/2025</u>

### DIAGRAM OF THE ESTABLISHMENT (INSIDE)*
\* indicate/include the location of the dance floor, stage, tables and chairs, bar, musical equipment, etc.



### DIAGRAM OF THE ESTABLISHMENT (OUTSIDE)



**Reference Number:** 61003833                    *Page 4 of 5*

AFFIDAVIT EXHIBIT B

Name of Establishment: <u>Ottobar</u>
Log Date: <u>05/14/2025</u>

I/We,___<u>Paula  Porsche</u>___,_____ hereby  certify,
based on my personal knowledge and under the penalty of perjury pursuant to
28 U.S.C. 1746, that the foregoing information in this report is true and
correct.

_____          ___5/20/2025_____
            Signature                                Date

_____          _____
            Signature                                Date

Reference Number: 61003833                   *Page 5 of 5*

AFFIDAVIT EXHIBIT B

## CERTIFICATION OF PAULA PORSCHE

1.  I, **Paula Porsche**, was retained by Broadcast Music, Inc. (BMI) to visit an eating and drinking establishment known as **Ottobar, 2549 N Howard St, Baltimore, MD** and make a written record of and a digital recording of the music that was played at the establishment.

2.  On **05/14/2025** I visited **Ottobar** and using a battery-powered digital recorder, I made the digital recording onto a new and unused Secure Digital or "SD" Card (the Music File).

3.  I subsequently sent the original SD Card containing the recording to BMI's General Licensing Department, 10 Music Square East, Nashville, Tennessee 37203 by overnight carrier on or about   6/20/2025   .

I certify that, based on my personal knowledge, and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing is true and correct.



Signature                                                   5/20/2025
                                                              Date

**CERTIFICATION OF** KERRI BROOKS

### Broadcast Music, Inc.

1.  I Kerri Brooks _____ am Manager, Distribution MPID _____ for Broadcast Music, Inc. ("BMI"). BMI licenses patented digital audio recognition technology from Shazam Entertainment Limited ("Shazam") to identify recorded music (the "Technology").

2.  The Technology uses an established database of "fingerprints" of millions of sound recordings. This is accomplished by capturing a digital sample from an audio source and, using the patented algorithm, reducing the sound recording to a unique "fingerprint." The fingerprint, while not audible, is a unique numerical representation of a particular sound recording. BMI maintains a reference database of millions of individual fingerprints, and each such fingerprint has associated "metadata" denoting, among other things, the track title and recording artist for the fingerprinted recording.

3.  In order to identify a particular performance of a recording, the performance in question is recorded; in the case of bars, restaurants, and other eating and drinking establishments, this is most often accomplished via a portable digital audio recorder device. The Technology then reduces each recorded performance to a fingerprint. The system then searches BMI's existing reference database of recordings for an identical fingerprint. Each fingerprint match generates an identification of title, artist and identification time.

4.  BMI has set up a system for automated review and identification of music files uploaded by BMI to a Secure Web Service that permits only password-protected access to BMI authorized users.

5.  When a music file is uploaded to its site via a secure file transfer protocol, BMI receives an automatic notification from the site that a new file has arrived. The technology automatically sweeps the uploaded file and the recognition system identifies the track recorded in the files and associates the correct metadata (information about the tracks), creating an electronic listing of the identifications in a data file.

6.  On or about 05/28/2025 _____, BMI's Business Affairs Department received via overnight carrier a Secure Digital Card ("SD Card") containing a digital recording made at Ottobar _____, on 05/14/2025 _____ ("Music File"). The Music File was downloaded onto a BMI computer and from there uploaded to a secure application for processing. BMI generated a report containing the track title and recording artist of the songs contained in the file.

7.  The records, including the original Music File, are maintained in the ordinary course of BMI's business in the Licensing Department located in BMI's Nashville office.

I certify that, based on my personal knowledge, and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing is true and correct.

_____
Signature

Kerri Brooks _____
Printed Name

Manager, Distribution MPID _____
Title

5/29/25 _____
Date



*CLBA6985*

AFFIDAVIT EXHIBIT B

| Identified Songs | | |
|---|---|---|
| **Title** | **Artist** | **ID Time** |
| I MISS YOU | BLINK-182 | 2025-05-14-00.00.36 |
| BELIEVE | SOUND OF LEGEND | 2025-05-14-00.04.55 |
| CAST NO SHADOW | OASIS | 2025-05-14-00.17.20 |
| MOVIN OUT ANTHONY S SONG | BILLY JOEL | 2025-05-14-00.46.14 |
| THINK ABOUT ME | FLEETWOOD MAC | 2025-05-14-00.55.42 |
| THIS MUST BE THE PLACE NAIVE | TALKING HEADS | 2025-05-14-01.54.57 |

AFFIDAVIT EXHIBIT B

# DECLARATION OF JOHN DAVIS

STATE OF Tennessee        )
                          ) s.s:
COUNTY OF Davidson        )

I, JOHN DAVIS                      , being duly sworn, declare as follows:

1. I am employed by Broadcast Music, Inc. ("BMI"). I am more than 18 years of age and am not a party to this action. I submit this declaration based upon my own personal knowledge.

2. I was authorized by BMI to review the Certified Infringement Report of 0508252516319                    , dated 05/14/2025           regarding the establishment known as Ottobar                                      (the "Report").

3. I was also asked to review a recording made by Paula Porsche                      in connection with and attached to this individual's Report (the "Recording") in order to identify the specific musical compositions contained on the Recording. Based upon my knowledge of the genre of music contained on the Recording, I listened to the Recording and was able to identify and/or confirm the musical compositions performed. My identification of these compositions is set forth on the attached copy of the Report which shows my notations to it.

4. I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing statements and the information contained on the attached Abstract are true and correct.

_____
Signature

6-10-25
Date



*CLBA6996*

Page 1 of 2

## Identified Songs

| Title | Artist | ID Time |
|---|---|---|
| I Miss You | Blink 182 | 00:00:38 |
| Believe | Cher | 00:04:41 |
| Ooh La La | Faces | 00:09:02 |
| Down In It | Nine Inch Nails | 00:13:03 |
| Cast No Shadow | Oasis | 00:17:22 |
| I'm Still Standing | Elton John | 00:22:50 |
| Starburster | Fontaines D C | 00:35:35 |
| Hanging By A Moment | Lifehouse | 00:39:59 |
| Kiss Me Son Of God | They Might Be Giants | 00:43:51 |
| Movin Out Anthony's Song | Billy Joel | 00:46:16 |
| No Hands | Waka Flocka Flame | 00:50:40 |
| Think About Me | Fleetwood Mac | 00:55:43 |
| Poppin My Collar | Three Six Mafia | 00:58:45 |
| Alejandro | Lady Gaga | 01:02:44 |
| My Way | Frank Sinatra | 01:07:40 |
| Just A Gigolo I Ain't Got Nobody | Luis Prima | 01:12:44 |
| Goodbye Earl | Dixie Chicks | 01:18:48 |
| Tearin Up My Heart | NSYNC | 01:23:41 |
| I Want You To Want Me | Cheap Trick | 01:28:23 |
| Burnin Up | Jonas Brothers | 01:32:49 |
| Head Like A Hole | Nine Inch Nails | 01:42:00 |
| Still Remains | Stone Temple Pilots | 01:47:11 |
| Cool Cat | Tertia May | 01:51:03 |
| This Must Be The Place Naive Melody | Talking Heads | 01:54:58 |

AFFIDAVIT EXHIBIT B







AFFIDAVIT EXHIBIT B





AFFIDAVIT EXHIBIT B



AFFIDAVIT EXHIBIT 9







